# EXHIBIT A

Print Date:  9/11/2003
Page 1
CMSR5143

Attorney -
Attorney -            GERALD ALLEN LAMPE            18263
     Judge -          RICHARD A NIEHAUS            33

ROBERT A GOERING  vs. VIOLA COWAN PRINGLE

Filed: 7/30/1999 E520 - FORECLOSURE - TAXES

Total Deposits $206.00-        Total Costs $206.00

7359360            ROBERT A GOERING TREASURER
                   Plaintiff(s)
                   vs.
7359361            VIOLA COWAN PRINGLE
7359525            HARRY CURTIS
7359526            JANE DOE UNKN SPOUSE OF HARRY CURTIS
                   Defendant(s)

| OPTICAL AVAIL. | IMAGE | DATE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| N | | 7/30/1999 | NO DEPOSIT REQUIRED; GERALD ALLEN LAMPE | 0.00 |
| N | | 7/30/1999 | CLASSIFICATION FORM FILED. | |
| N | | 7/30/1999 | ORDER OF REFERENCE TO MAGISTRATE PER CASE NO. M-9600400. | |
| N | | 7/30/1999 | COMPLAINT FILED | |
| N | | 7/30/1999 | SUMMONS ISSUED BY CERTIFIED MAIL TO VIOLA COWAN PRINGLE | |
| N | | 7/30/1999 | SUMMONS ISSUED BY CERTIFIED MAIL TO HARRY CURTIS | |
| N | | 7/30/1999 | SUMMONS ISSUED BY CERTIFIED MAIL TO JANE DOE UNKN SPOUSE OF HARRY CURTIS | |
| | | 8/04/1999 | JUDGE ASSIGNED CASE ROLLED TO NIEHAUS/RICHARD/A PRIMARY | |
| N | | 8/04/1999 | NOTICE TO GERALD ALLEN LAMPE AS TO UNDELIVERED SERVICE ON JANE DOE UNKN SPOUSE OF HARRY | |
| N | | 8/04/1999 | NOTICE TO GERALD ALLEN LAMPE AS TO UNDELIVERED SERVICE ON HARRY CURTIS | |
| N | | 8/04/1999 | POSTAL RECEIPT RETURNED, COPY OF SUMMONS AND COMPLAINT DELIVERED TO VIOLA COWAN PRINGLE ON 08/03/99, FILED | |
| N | | 8/30/1999 | MONEY RECEIVED & COST PAID BY JOHN R MECKSTROTH JR | 206.00- |
| N | 11 | 9/07/1999 | ENTRY OF DISMISSAL | |