# EXHIBIT D

# JOHN R. MECKSTROTH, JR.
ATTORNEY AT LAW

22 WEST NINTH STREET
CINCINNATI, OHIO 45202

PHONE (513) 721-5505
FACSIMILE (513) 721-1178

WESTWOOD-CHEVIOT

3846 GLENMORE AVENUE
CINCINNATI, OHIO 45211

August 25, 1999

Mr. and Mrs. Harry Curtis
1966 Fairfax Avenue
Cincinnati, Ohio  45207

RE: 1966 Fairfax Avenue
    Cincinnati, Ohio  45207

---

FOR PROFESSIONAL SERVICES RENDERED:

Preparation of Land Installment Contract                $   295.00

BALANCE DUE:                                            $   295.00

*Paid in Full 8/25/99*

PLAINTIFF'S
EXHIBIT
109

BRYANT -693