# EXHIBIT F





PLAINTIFF'S
EXHIBIT
111

BRYANT -705





PLAINTIFF'S
EXHIBIT
112

BRYANT -704