# EXHIBIT G

```
PETE BIGELOW
                PLAINTIFF
-VS-                                        Case Number:  99CV32813 G2
HARRY CURTIS et al
                DEFENDANT
Date Case Filed: 12/27/1999                         Amount: $700.00
==================================================================
                        CASE DOCKET LISTING
==================================================================
PARTY              PL/DEF  ATTORNEY          ATTORNEY ADDRESS
------------------------------------------------------------------
BIGELOW PETE       PL1
CURTIS HARRY       DE1
CURTIS PATRICA     DE2


------------------------------------------------------------------
QUANITY    AMOUNT      TOTAL       DESCRIPTION
1          85.00       85.00       EVICTION-BAILIFF

    COST TO:PL0       85.00

==================================================================
DATE         IMAGE      DESCRIPTION
==================================================================
```

| DATE | IMAGE | DESCRIPTION |
|---|---|---|
| 01/03/2000 | | SERVICE OF SUMMONS BY DEPUTY BAILIFF: POSTED<br>DATE POSTED: 01-03-99<br>ADDRESSEE: HARRY CURTIS<br>SERVED BY: MICHAEL FERGUSON |
| 01/03/2000 | | SERVICE OF SUMMONS BY DEPUTY BAILIFF: POSTED<br>DATE POSTED: 01-03-00<br>ADDRESSEE: PATRICA CURTIS<br>SERVED BY: MICHAEL FERGUSON |
| 01/18/2000 | 105 | THIS CAUSE OF ACTION IS CONTINUED TO 01-25-00,<br>ROOM 263, AT 9:00 A.M. IF PLAINTIFF PREVAILS,<br>3  DAY WRIT TO ISSUE.<br>MAGISTRATE: PETER OUTCALT |
| 01/25/2000 | 60 | THIS CAUSE OF ACTION IS CONTINUED TO 02-01-00,<br>ROOM 263, AT 9:00 A.M.<br>MAGISTRATE: ANNE ERWIN |
| 02/01/2000 | 64 | ENTRY GRANTING PLAINTIFF RESTITUTION OF PREMISES<br>AND THE SECOND CAUSE OF ACTION IS CONTINUED FOR<br>ANSWER OR DEFAULT JUDGMENT.<br>JUDGE: JAMES PATRICK KENNEY<br>MAGISTRATE:<br>3 DAY WRIT |
| 02/01/2000 | | WRIT OF RESTITUTION ISSUED.<br>FORTHWITH 3  DAYS. |
| 02/09/2000 | | PHYSICAL EVICTION EXECUTED.<br>DEPUTY BAILIFF: MICHAEL FERGUSON<br>FIRE DEPARTMENT WAS JUST FINISHING PUTTING OUT<br>FIRE WHEN  I ARRIVED. |
| 12/29/2000 | 31 | ENTRY OF DISMISSAL WITHOUT PREJUDICE AT<br>PLAINTIFF'S COSTS FOR WANT OF PROSECUTION.<br>JUDGE: STOCKDALE/DAVID/C |

CERTIFIED COPY

GREGORY HARTMANN, CLERK
I hereby certify that the
foregoing copy is taken and
copied from the original.

By _____
       Deputy Clerk