**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **SHIRDENIA BRYANT et al.** | : | **CASE NO. C-1-02-006** |
| **Plaintiffs** | : | **(Judge Spiegel)** |
| **vs.** | : | |
| **PRESCOTT BIGELOW, IV, et al.** | : | **NOTICE OF FILING DEPOSITION** |
| | | **OF SHIRDENIA BRYANT** |
| **Defendants.** | : | |

Notice is hereby given, pursuant to Federal Rule of Civil Procedure 30(f)(3),  that the

deposition transcript of Plaintiff Shirdenia Bryant taken on September 3, 2003, has been filed

with the Court.

Respectfully submitted,

/s/ Gary R. Lewis
GARY R. LEWIS #0017697
Gary R. Lewis Co., L.P.A.
Attorney for Defendants
Cincinnati Club Building, Suite 915
30 Garfield Place
Cincinnati, Ohio 45202
(513) 665-9222/(513) 721-7008 (FAX)

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Filing Deposition of Shirdenia

Bryant been served upon William H. Blessing, Esq. And James Schwantes, Esq., Attorneys for

Plaintiffs, 119 East Court Street, Suite 500, Cincinnati, Ohio 45202, by regular U.S. Mail,

postage prepaid this 1st day of October, 2003.

/s/ Gary R. Lewis
Gary R. Lewis
Attorney for Defendants