IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **SHIRDENIA BRYANT, et al.** | : | Civil Action No. C-1-02-006 |
| **Plaintiffs** | : | (Judge Spiegel) |
| | | (Magistrate Judge Sherman) |
| vs. | : | |
| | | **CONSOLIDATED** |
| **PRESCOTT BIGELOW, IV, et al.** | : | **MOTION OF DEFENDANTS** |
| | | **PRESCOTT BIGELOW IV** |
| **Defendants** | : | **AND ROSEANNE CHRISTIAN** |
| | | **FOR SUMMARY JUDGMENT** |

* * * * * * * * * * * * * * * * *

**GARY R. LEWIS** #0017697
Attorney for Defendants Prescott Bigelow IV and
Defendant Roseanne Christian
Cincinnati Club Building, Suite 915
30 Garfield Place
Cincinnati, Ohio 45202
(513) 665-9222/(513) 721-7008 (FAX)