**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| **SHIRDENIA BRYANT et al.** | : | CASE NO. C-1-02-006 |
| Plaintiffs | : | (Judge Spiegel) |
| vs. | : | |
| **PRESCOTT BIGELOW, IV, et al.** | : | <u>NOTICE OF DEPOSITION OF PLAINTIFF HARRY CURTIS</u> |
| Defendants. | : | |

Please take notice that the Defendants Prescott Bigelow and Roseanne Christian, by and through counsel, will take the deposition of Plaintiff Harry Curtis, on Friday, August 29, 2003 beginning at 9:00 A.M. This deposition will take place at the offices of Gary R. Lewis Co., L.P.A., 30 Garfield Place, Suite 915, Cincinnati, Ohio 45202. Said deposition testimony will be recorded by stenographic means.

Said deposition will be taken by an officer duly authorized to administer oaths, pursuant to Rule 30 of the Federal Rules of Civil Procedure. Said deposition is to continue from day to day until completed and will be used for discovery and/or in evidence at the trial of the above captioned cause.

Respectfully submitted,

_____
GARY R. LEWIS #0017697
Gary R. Lewis Co., L.P.A.
Attorney for Defendants
Cincinnati Club Building, Suite 915
30 Garfield Place
Cincinnati, Ohio 45202
(513) 665-9222/(513) 721-7008 (FAX)

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Deposition of Plaintiff Harry Curtis has been served upon William H. Blessing, Esq. And James Schwantes, Esq., Attorneys for Plaintiffs, 119 East Court Street, Suite 500, Cincinnati, Ohio 45202, by regular U.S. Mail, postage prepaid this _____ day of August, 2003.

_____
Gary R. Lewis
Attorney for Defendants