AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

Shirdenia Bryant,

                              Case Number:   1:02-cv-00006

      V.

Prescott Bigelow, IV, et al.,            Senior District Judge S. Arthur Spiegel

## NOTICE

**TAKE NOTICE** that the FINAL PRETRIAL CONFERENCE in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 838 |
| | DATE AND TIME |
| | DECEMBER 11, 2003 at 2:00 PM |

SPECIAL INSTRUCTIONS:

                                                  KENNETH J. MURPHY, CLERK

                                                  s/Kevin Moser
                                                  Kevin Moser
                                                  Case Manager
                                                  (513) 564-7620

cc: William Blessing, Esq.    Gary Lewis, Esq.

---

You can obtain all the pretrial procedures and forms used by the Judge by visiting our website at

                               www.ohsd.uscourts.gov

Click on Judges and then on Procedures and Forms beside the Judge's address.

If you do not have the ability to access the Website for the Judge's procedures and forms, please contact me.