# HARDIN, LEFTON, LAZARUS & MARKS, LLC
### ATTORNEYS AND COUNSELORS AT LAW

DONALD E. HARDIN
DAVID H. LEFTON
STEPHEN S. LAZARUS*
EDWARD G. MARKS
DAVID E. HARDIN

*ALSO ADMITTED IN D.C.

CINCINNATI OFFICE:

915 CINCINNATI CLUB BUILDING
30 GARFIELD PLACE
CINCINNATI, OHIO 45202-4322
TELEPHONE: (513) 721-7300
FACSIMILE: (513) 721-7008

OF COUNSEL:
GARY R. LEWIS
GARY R. LEWIS CO., LPA
(513) 665-9222

TRICOUNTY OFFICE:
29 NORTH D STREET
HAMILTON, OHIO 45013-3128
(513) 868-8229

November 4, 2003

William H. Blessing, Esq.
119 East Court Street
Suite 500
Cincinnati, Ohio 45202

*Via Facsimile Transmission and U.S. Mail*

Re: Bryant v. Bigelow, et al.
    Case Number: C-1-02-006

Dear Bill:

In Plaintiff's Memorandum In Opposition To Defendants' Motion To Compel Discovery, your footnote one states that Curtis' employment resume' has been provided. To date I have not received this. Please fax a copy of the resume' to me as soon as possible.

Sincerely,

Gary R. Lewis

GRL/ds
cc: Prescott Bigelow
    Roseanne Christian