AO 456s (Rev. 8/01)  Notice

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Shirdenia Bryant,

                  V.

Prescott Bigelow, IV, et al.,

Case Number:   1:02-cv-00006

Senior District Judge S. Arthur Spiegel

NOTICE

**TAKE NOTICE** that the FINAL PRETRIAL CONFERENCE in this case has been RESET from 12/11/03 to the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 838 |
| | DATE AND TIME<br>JANUARY 14, 2004 at 2:00 PM |

SPECIAL INSTRUCTIONS:

KENNETH J. MURPHY, CLERK

s/Kevin Moser
Kevin Moser
Case Manager
(513) 564-7620

cc: William Blessing, Esq.    Gary Lewis, Esq.

---

You can obtain all the pretrial procedures and forms used by the Judge by visiting our website at

www.ohsd.uscourts.gov

Click on Judges and then on Procedures and Forms beside the Judge's address.

If you do not have the ability to access the Website for the Judge's procedures and forms, please contact me.