AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

SHIRDENIA BRYANT, et al.

                              Case Number:   1:02-cv-00006

       V.

PRESCOTT BIGELOW, IV, et al.         Senior District Judge S. Arthur Spiegel

## NOTICE

**TAKE NOTICE** that the FINAL PRETRIAL CONFERENCE in this case has been RESET from 1/14/04 to the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 838 |
|  | DATE AND TIME |
|  | JANUARY 7, 2004 at 3:00 PM |

SPECIAL INSTRUCTIONS:

                                           JAMES BONINI, CLERK

                                           s/Kevin Moser
                                           Kevin Moser
                                           Case Manager
                                           (513) 564-7620

cc: William Blessing, Esq.    Gary Lewis, Esq.

---

You can obtain all the pretrial procedures and forms used by the Judge by visiting our website at

                              www.ohsd.uscourts.gov

Click on Judges and then on Procedures and Forms beside the Judge's address.