# HARDIN, LEFTON, LAZARUS & MARKS, LLC
### ATTORNEYS AND COUNSELORS AT LAW

DONALD E. HARDIN
DAVID H. LEFTON
STEPHEN S. LAZARUS*
EDWARD G. MARKS
DAVID E. HARDIN

*ALSO ADMITTED IN D.C.

CINCINNATI OFFICE:

915 CINCINNATI CLUB BUILDING
30 GARFIELD PLACE
CINCINNATI, OHIO 45202-4322
TELEPHONE: (513) 721-7300
FACSIMILE: (513) 721-7008

OF COUNSEL:
GARY R. LEWIS
GARY R. LEWIS CO., LPA
(513) 665-9222

TRICOUNTY OFFICE:
29 NORTH D STREET
HAMILTON, OHIO 45013-3128
(513) 868-8229

December 10, 2003

William H. Blessing, Esq.
119 East Court Street
Suite 500
Cincinnati, Ohio 45202

*Via Facsimile Transmission and U.S. Mail*

Re: Bryant v. Bigelow, et al.
    Case Number: C-1-02-006

Dear Bill:

    I received the documents from Vintage Mortgage which you sent via e-mail on December 8, 2003. Based on this document production, the Defendants may be calling at trial a representative of Vintage Mortgage or of McKinley Mortgage to identify some of those documents and/or to testify concerning the transactions with Ms. Bryant. We may also be using some of those documents at trial. Also, regarding Mr. Richardson's file which your office subpoenaed from Nationwide Insurance, Defendants may be using some of those documents and photographs at trial.

    On December 5, 2003, you e-mailed Ms. Bryant's income tax transcripts for the designated years, and indicated that she was unable to locate copies of the filed returns. The transcripts are data summaries of the returns, and I still want to obtain the copies of the signed and filed returns. Please advise concerning the status of this request. Also, I have still not received Mr. Curtis' employment resume, which the court ordered produced by December 5, 2003. I have not received any information from you about the status of this request, and I need this produced as well. Please advise on these issues, as I do not wish to file another motion with the court unless it is necessary.

William Blessing, Esq.
Page Two
December 10, 2003

     Regarding the Joint Final Pretrial Order, since the pretrial has been continued until January 7, 2004, the Joint Final Pretrial Order must be filed with the Court no later than January 2, 2004. I understand that you have made some modifications to the language which I drafted and sent to you. You are going to send this to me for inclusion in the Joint Final Pretrial Order, which I will electronically file with the Court. I am going to be out of town for the Holidays. In order to make this filing, I will need your changes no later than December 30, 2003. If this is a problem, please advise right away.

                                  Sincerely,

                                  Gary R. Lewis

GRL/ds
cc: Prescott Bigelow
    Roseanne Christian

```
IRPTRL3024413652200200
              ***(TY2002) IRMF ON LINE TRANSCRIPT SYSTEM SUMMARY***
 TIN- 302441365   TIN TYPE AND VALIDITY- 2   DOCUMENT CODE- 00           8 DOCS
 GROUP              AMOUNT                   GROUP              AMOUNT
  WAGES.............$7,954+
  INTEREST..............$18+
  UNEMPL COMP.......$7,350+
  TX WITHELD........$3,950+
  FICA TX.............$491+
  MEDCARE WH..........$114+
  MEDCARE WG........$7,954+
  GROSS DIST.......$11,562+
  TXABLE DIST......$11,562+




 ENTER=PAYE(E),PAYE(R),(O)NLINE,(W)HITE OUT,IRPO(L),HARD(C)OPY OR (H)ELP
```