## APPENDIX B

### DEFENDANTS' WITNESSES

| NAME | ADDRESS | SYNOPSIS OF TESTIMONY |
|---|---|---|
| Dan Rottmiller, Captain | Cincinnati Fire Investigation Unit 700 Pete Rose Way, Lobby B, Fifth Floor Cincinnati, Ohio 45203 | Cpt. Rottmiller will testify concerning his observations at the scene of the fire set by Harry Curtis at 1966 Fairfax Avenue on February 9, 2000. Cpt. Rottmiller will identify photographs of the fire damage and describe what the fire personnel needed to do in order to extinguish the fire. He will also identify the transcript of the tape recorded statement taken from Mr. Curtis. |
| Larry Richardson | Nationwide Insurance Company 11915 Kempersprings Drive Cincinnati, Ohio 45240 | Mr. Richardson will testify concerning the insurance claim submitted by Bigelow to Nationwide Insurance after the fire damage caused by Curtis. Mr. Richardson will identify photographs which he took shortly after the fire, depicting the condition of the premises and the fire damage. Mr. Richardson will identify the documents which formed the basis of Bigelow's insurance claim, the estimates that Nationwide obtained for restoration of the premises, and the payments made to Bigelow. Mr. Richardson will also testify as to how he arrived at the amount ultimately paid to Mr. Bigelow, and the claim of Nationwide Insurance against Mr. Curtis for the damage to the property. |

9

| | | |
|---|---|---|
| Ann Valerious (or a representative of the Hamilton County Probation Department) | Hamilton County Adult Probation | Ms. Valerious was Mr. Curtis' probation officer. She will identify documents concerning Curtis' guilty plea to attempted aggravated arson and the restitution order imposed by the Court of Common Pleas Hamilton County, Ohio. Ms. Valerious will also identify terms and conditions of Curtis' probation, a probation violation filed with the Court, and the current status of Curtis' restitution to Nationwide Insurance Company. |
| John Meckstroth, Jr. | Attorney at Law 22 West Ninth Street Cincinnati, Ohio 45202 | Mr. Meckstroth was the attorney for Bigelow regarding the Bryant and Curtis real estate transactions. Mr. Meckstroth will identify documents from his files concerning the transactions between Bigelow, Bryant and Curtis. Mr. Meckstroth will also testify as to conversations with Curtis and Bryant concerning the real estate transactions. Mr. Meckstroth will describe his involvement in the transactions involving Bryant and Curtis. Mr. Meckstroth will also testify concerning his involvement in the eviction proceedings against Curtis. |
| Steven J. Papin | Current Address for Steven J. Papin Papin Appraisals 4977 Delhi Road, Suite 4 Cincinnati, Ohio 4538 | Mr. Papin will testify regarding a real estate appraisal conducted in October of 1999 concerning 1966 Fairfax Avenue. He will also identify the appraisal report, supporting documents, and describe His conclusions regarding the fair market value of the property. |
| Paul Bigelow | 3582 Mt. Carmel Road Cincinnati, Ohio 45244 | Paul Bigelow operated a business known as Bigelow Homes. Paul |

10

| | | |
|---|---|---|
| | | Bigelow will testify concerning work done for Bryant and Curtis at their respective properties. Paul Bigelow will testify concerning his role in setting out property of Mr. Curtis incident to the eviction proceeding. Paul Bigelow will also testify regarding fire damage at the Curtis premises, and his role in restoration of the premises. Paul Bigelow will also testify concerning his involvement in a land contract between Prescott Bigelow and himself, and his investment in 1966 Fairfax Avenue. Paul Bigelow will also describe transactions in which he was involved concerning restoration of the premises at 1966 Fairfax. |
| Representative of Vintage Title, Inc. (Identity to be determined) | | A representative of Vintage Title, Inc., will identify documents from this company's file concerning the repurchase by Shirdenia Bryant of her property from Prescott Bigelow. |
| Roseanne Christian | 2600 Augusta Blvd. Apartment #202 Fairfield, Ohio 45014 | Ms. Christian is a Defendant in this action. She will testify concerning her involvement in the transactions with Bryant and Curtis and she will offer testimony on all of the claims asserted against her in this action. |
| Prescott Bigelow | Bigelow Properties LLC 4825 Eastern Avenue Cincinnati, Ohio 45208 | Mr. Bigelow is a Defendant in this action. He will testify concerning his involvement in the transactions with Bryant and Curtis and he will offer testimony on all of the claims asserted against him in this action. |