## APPENDIX F: PLAINTIFFS' TRIAL EXHIBITS

| EXHIBIT | DESCRIPTION |
|---|---|
| 1 | McKinley Mortgage web site page (P. Bigelow Dep. Exh. 1, page 1) |
| 2 | J. Meckstroth File – 4833 Eastern Avenue (P. Bigelow Dep. Exh. 2) |
| 3 | J. Meckstroth File – 3930 Red Bud Avenue (P. Bigelow Dep. Exh. 3) |
| 4 | Hamilton County Auditor's Office Parcel Info Summary and Transfer History – 3930 Red Bud Avenue (P. Bigelow Dep. Exh. 4) |
| 5 | Hamilton County Auditor's Office Transfer History – 4833 Eastern Avenue (P. Bigelow Dep. Exh. 5) |
| 6 | Bigelow Properties Income and Expense Report for 1966 Fairfax Ave (1/2/1998 through 5/22/2000) (P. Bigelow Dep. Exh. 6) |
| 7 | Prescott Bigelow Land Contract with Paul Bigelow for 1966 Fairfax Ave (P. Bigelow Dep. Exh. 7) |
| 8 | Bigelow Properties Expense Sheet for 1966 Fairfax Ave (1/1/1999 through 11/17/2001) (P. Bigelow Dep. Exh. 8) |
| 9 | Bigelow Properties Expense Sheet for 1966 Fairfax Ave (1/1/1999 through 11/17/2001) (P. Bigelow Dep. Exh. 9) |
| 10 | Bigelow Properties Expense Sheet for 1966 Fairfax Ave (3/9/1999 through 9/4/2002) (P. Bigelow Dep. Exh. 10) |
| 11 | Bigelow Properties Expense Sheet for 1966 Fairfax Ave (3/9/1999 through 1/31/2001) with handwritten comments (P. Bigelow Dep. Exh. 11) |
| 12 | Ohio Secretary of State Organization Papers for McKinley Mortgage, LLC (P. Bigelow Dep. Exh. 12) |
| 13 | Ohio Secretary of State Organization Papers for Tri-State Mortgage Services, LLC (P. Bigelow Dep. Exh. 13) |
| 14 | Ohio Secretary of State Certificate of Amendment for McKinley Mortgage, LLC (6/11/1998) (P. Bigelow Dep. Exh. 14) |
| 15 | Ohio Secretary of State Certificate of Amendment for McKinley Mortgage, LLC (10/26/1998) (P. Bigelow Dep. Exh. 15) |
| 16 | Ohio Secretary of State Subsequent Appointment of Agent for McKinley Mortgage, LLC (P. Bigelow Dep. Exh. 16) |
| 17 | Ohio Secretary of State Incorporation Papers for The Keene Group, Inc. (P. Bigelow Dep. Exh. 17) |
| 18 | Ohio Secretary of State Restatement of Articles of Incorporation for Tri-State Mortgage Services, LLC (P. Bigelow Dep. Exh. 18) |
| 19 | Ohio Secretary of State Interest Savings System Trade Name Registration Documents (P. Bigelow Dep. Exh. 19) |
| 20 | Ohio Secretary of State Change of Agent Form for McKinley Mortgage, LLC (P. Bigelow Dep. Exh. 20) |
| 21 | Ohio Secretary of State Certificate of Amendment for McKinley |

|  | Mortgage (P. Bigelow Dep. Exh. 21) |
|---|---|
| 22 | Ohio Secretary of State Organization Documents for Bigelow Properties, LLC (P. Bigelow Dep. Exh. 22) |
| 23 | Prescott Bigelow, IV Income Tax Return (1999) (P. Bigelow Dep. Exh. 23) |
| 24 | Prescott Bigelow, IV Income Tax Return (2000) (P. Bigelow Dep. Exh. 24) |
| 25, 25-A, 25-B | Transfer Documents for 1107 Laidlaw Avenue (Affidavit of transfer from Johnnie Worthy to Shirdenia Bryant; transfer from Bryant to Bigelow; General Warranty Deed from Bigelow to Bryant) (P. Bigelow Dep. Exh. 25, 25-A, 25-B) |
| 26 | 03-12-99 Lease between Prescott Bigelow and Mark and Michael Burbrink (P. Bigelow Dep. Exh. 26) |
| 27 | Unused |
| 28 | Tri-State Mortgage Assistance Business Card (P. Bigelow Dep. Exh. 28) |
| 29 | Tri-State Mortgage Assistance Information Disclosure Authorization Form, signed by Shirdenia Bryant (P. Bigelow Dep. Exh. 29) |
| 30 | 01-16-98 Tri-State Mortgage Assistance Fax Cover Sheet (P. Bigelow Dep. Exh. 30) |
| 31 | Tri-State Mortgage Assistance Fax 01-15-99 from Amy Clements to Herbert Kramer (P. Bigelow Dep. Exh. 31) |
| 32 | Fax 01-16-98 from Carlisle, McNellie & Rini to Amy Clement at Tri-State Mortgage Assistance (P. Bigelow Dep. Exh. 32) |
| 33 | Letter 01-16-98 from Carlisle, McNellie & Rini to Amy Clement at Tri-State Mortgage Assistance (P. Bigelow Dep. Exh. 33) |
| 34 | Letter 01-16-98 from Carlisle, McNellie & Rini to Amy Clement at Tri-State Mortgage Assistance (P. Bigelow Dep. Exh. 34) |
| 35 | Letter 01-16-98 from Carlisle, McNellie & Rini to Amy Clement at Tri-State Mortgage Assistance (P. Bigelow Dep. Exh. 35) |
| 36 | Letter 02-10-99 from Meckstroth to Bigelow re Tri-State Mortgage Assistance and Mortgage Satisfaction (P. Bigelow Dep. Exh. 36) |
| 37 | 02-15-99 Tri-State Mortgage Assistance Fax Cover Sheet (P. Bigelow Dep. Exh. 37) |
| 38 | 03-10-99 Pay-Off Statement from Eastern Savings Bank to Tri-State Mortgage Assistance (P. Bigelow Dep. Exh. 38) |
| 39 | 03-16-99 Letter from Dennis Reimer Co. to Tri-State Mortgage Assistance (P. Bigelow Dep. Exh. 39) |
| 40 | 03-16-99 Letter from Dennis Reimer Co. to Tri-State Mortgage Assistance (P. Bigelow Dep. Exh. 40) |
| 41 | 01-23-98 Pay-Off Statement from The Money Store to Tri-State Mortgage Assistance (P. Bigelow Dep. Exh. 41) |

| | |
|---|---|
| 42 | 05-28-98 Pay-Off Statement from Option One Mortgage to Tri-State Mortgage Services (P. Bigelow Dep. Exh. 42) |
| 43 | 06-23-98 Letter from J. Meckstroth to Option One Mortgage referencing Tri-State Mortgage Assistance (P. Bigelow Dep. Exh. 43) |
| 44 | Undated Letter by Pamela Warner on Tri-State Mortgage Assistance Letterhead (P. Bigelow Dep. Exh. 44) |
| 45 | 06-30-99 Letter from Dennis Reimer Co. to Tri-State Mortgage Assistants [sic] (P. Bigelow Dep. Exh. 45) |
| 46 | Undated Settlement Statement Signed by Mary Kate Turner and Prescott Bigelow (P. Bigelow Dep. Exh. 46) |
| 47 | General Warranty Deed from Mary Kate Turner to Tri-State Mortgage Association (P. Bigelow Dep. Exh. 47) |
| 48 | 07-29-99 Letter from Lerner, Sampson & Rothfuss to Tri-State Mortgage Assistance (P. Bigelow Dep. Exh. 48) |
| 49 | 07-27-99 Letter from Lerner, Sampson & Rothfuss to Tri-State Mortgage Assistance (P. Bigelow Dep. Exh. 49) |
| 50 | 08-23-99 Letter from J. Meckstroth to P. Bigelow re: Tri-State Mortgage Association (P. Bigelow Dep. Exh. 50) |
| 51 | 11-17-99 Letter from William Coley to Tri-State Mortgage Services (P. Bigelow Dep. Exh. 51) |
| 52 | 11-18-99 Letter from J. Meckstroth to P. Bigelow re: Tri-State Mortgage Services (P. Bigelow Dep. Exh. 52) |
| 53 | 01-11-00 Letter from Dennis Reimer Co. to Tri-State Mortgage Services (P. Bigelow Dep. Exh. 53) |
| 54 | 01-11-00 Letter from Dennis Reimer Co. to Tri-State Mortgage Services (P. Bigelow Dep. Exh. 54) |
| 55 | 01-07-98 Contract to Purchase signed by Marfisi and Bryant (P. Bigelow Dep. Exh. 55) |
| 56 | P. Bigelow Handwritten Document re: Shirdenia Bryant (P. Bigelow Dep. Exh. 56) |
| 57 | 01-16-98 Letter from Carlisle McNellie & Rini to Amy Clements at Tri-State Mortgage Assistance (P. Bigelow Dep. Exh. 57) |
| 58 | 01-16-98 Letter from Carlisle McNellie & Rini to Amy Clements at Tri-State Mortgage Assistance (P. Bigelow Dep. Exh. 58) |
| 59 | 01-16-98 Fax from Marfisi Enterprises to P. Bigelow re: Bryant Property (P. Bigelow Dep. Exh. 59) |
| 60 | 01-16-98 Fax Cover Sheet from Carlisle McNellie & Rini to Amy Clement at Tri-State Mortgage Assistance (P. Bigelow Dep. Exh. 60) |
| 61 | 01-16-98 Fax from Bryant to Marfisi regarding Funeral Services of Johnnie Worthy (P. Bigelow Dep. Exh. 62) |
| 62 | 01-21-98 Comparative Market Analysis for 1107 Laidlaw (P. Bigelow Dep. Exh. 62) |

| | |
|---|---|
| 63 | 01-07-98 Loan Amortization Printout re: Bryant Property (P. Bigelow Dep. Exh. 63) |
| 64 | 01-27-98 Title Opinion Letter from J. Meckstroth to P. Bigelow re: 1107 Laidlaw (P. Bigelow Dep. Exh. 64) |
| 65 | Unused |
| 66 | 01-27-98 General Warranty Deed from Bryant to Bigelow (P. Bigelow Dep. Exh. 66) |
| 67 | 01-27-98 Settlement Statement from 1107 Laidlaw (P. Bigelow Dep. Exh. 67) |
| 68 | Handwritten Listing of Checks for 1107 Laidlaw Closing (P. Bigelow Dep. Exh. 68) |
| 69 | 01-27-98 Star Bank Check to Prescott Bigelow ($1707.62) (P. Bigelow Dep. Exh. 69) |
| 70 | 01-27-98 Meckstroth Check to Bryant (Seller's Proceeds, $1000) (P. Bigelow Dep. Exh. 70) |
| 71 | 01-27-98 Meckstroth Checks written to Meckstroth and Hamilton County Treasurer (P. Bigelow Dep. Exh. 71) |
| 72 | 01-28-98 Hamilton County Real Property Conveyance Fee Statement (Bryant to Bigelow) (P. Bigelow Dep. Exh. 72) |
| 73 | Bigelow Detail of Expenditures re: 1107 Laidlaw (P. Bigelow Dep. Exh. 73) |
| 74 | Backdated Promissory Note signed by Marfisi ($19,000) (P. Bigelow Dep. Exh. 74) |
| 75 | 01-06-99 Release from Bryant to Bigelow (P. Bigelow Dep. Exh. 75) |
| 76 | 03-98 Mortgage from Bigelow to Cheviot Bldg. & Loan (P. Bigelow Dep. Exh. 76) |
| 77 | 02-24-98 Bigelow Properties Check to Marfisi ($22,701.66) re: "Laidlaw" for "consulting" (P. Bigelow Dep. Exh. 77) |
| 78 | 03-02-98 Loan Amortization Schedule (P. Bigelow Dep. Exh. 78) |
| 79 | 03-04-98 Loan Approval Letter from Cheviot Bldg. & Loan to Mr. and Mrs. Bigelow re: 1107 Laidlaw (P. Bigelow Dep. Exh. 79) |
| 80 | 03-09-98 Letter Meckstroth to Bigelow re: 1107 Laidlaw (P. Bigelow Dep. Exh. 80) |
| 81 | HUD-1 for 03-24-98 Cheviot Bldg. & Loan Financing re: 1107 Laidlaw (P. Bigelow Dep. Exh. 81) |
| 82 | 03-24-98 Cheviot Building and Loan Mortgage Loan Settlement Statement for 1107 Laidlaw (P. Bigelow Dep. Exh. 82) |
| 83 | 03-24-98 Cheviot Building and Loan Check to Prescott Bigelow ($44,079.25) (P. Bigelow Dep. Exh. 83) |
| 84 | Promissory Note from Bigelow to Bryant ($19,000) with forged signature (P. Bigelow Dep. Exh. 84) |
| 85 | Fax of Promissory Note from Bigelow to Bryant ($19,000) with |

| | |
|---|---|
| | forged signature (P. Bigelow Dep. Exh. 85) |
| 86 | 01-06-99 Lease between Bigelow and Bryant (P. Bigelow Dep. Exh. 86) |
| 87 | 06-09-00 Mortgage Payoff Statement (from Vintage Title Agency) (P. Bigelow Dep. Exh. 87) |
| 88 | "Acknowledgment of Legal Representation" re: Meckstroth and Bryant (P. Bigelow Dep. Exh. 88) |
| 89 | 06-14-00 Vintage Title Agency Check Stub to Prescott Bigelow ($3892.57) for Payoff Land Contract (P. Bigelow Dep. Exh. 89) |
| 90 | 08-01-00 HUD-1 for 1107 Laidlaw (P. Bigelow Dep. Exh. 90) |
| 91 | 08-01-00 HUD-1 for 1107 Laidlaw (McKinley Mortgage) (P. Bigelow Dep. Exh. 91) |
| 92 | 04-05-00 Contract to Purchase between Huffman/Elliott and Roseanne Christian; General Warranty Deed from Huffman/Elliott to Bigelow (P. Bigelow Dep. Exh. 92) |
| 93A-93Q | Checks from Bigelow Properties to Roseanne Christian (P. Bigelow Dep. Exh. 93) |
| 94 | 02-02-00 Letter from Meckstroth to Bigelow regarding 10637 Toulon Drive (P. Bigelow Dep. Exh. 94) |
| 95 | Bigelow Properties Income Sheet for 1966 Fairfax (1/2/1998 through 1/24/2000) (P. Bigelow Dep. Exh. 95) |
| 96 | Handwritten Financial Log for 1966 Fairfax (P. Bigelow Dep. Exh. 96) |
| 97 | Hamilton County Municipal Court Complaint for Forcible Entry, Prescott Bigelow v. Harry and Patricia Curtis (P. Bigelow Dep. Exh. 97) |
| 98 | 12-23-99 Notice to Leave Premises from Bigelow to Harry and Patricia Curtis (P. Bigelow Dep. Exh. 98) |
| 99 | Notice to Leave Premises from Bigelow to Harry and Patricia Curtis (P. Bigelow Dep. Exh. 99) |
| 100 | 08-02-99 Contract to Purchase between Bigelow and Curtises (P. Bigelow Dep. Exh. 100) |
| 101 | 08-18-99 Telephone Message from Harry Curtis regarding land contract closing (P. Bigelow Dep. Exh. 101) |
| 102 | Handwritten Notes regarding 1966 Fairfax (P. Bigelow Dep. Exh. 102) |
| 103 | 08-29-99 Firstar check to Prescott Bigelow ($15,146.25) (P. Bigelow Dep. Exh. 103) |
| 104 | Handwritten List of Checks for 1966 Fairfax Closing (08-25-99) (P. Bigelow Dep. Exh. 104) |
| 105 | 08-25-99 Meckstroth Check to Harry and Patricia Curtis for Seller's Proceeds ($9576.32) (P. Bigelow Dep. Exh. 105) |

| | |
|---|---|
| 106 | 08-25-99 Meckstroth Checks to Harry and Patricia Curtis, Stephen Kurlansky, and Hamilton County Treasurer (P. Bigelow Dep. Exh. 106) |
| 107 | 08-25-99 Meckstroth Checks to Clerk of Courts, and John Meckstroth for 1966 Fairfax (P. Bigelow Dep. Exh. 107) |
| 108 | Loan Amortization Sheet for 1966 Fairfax (P. Bigelow Dep. Exh. 108) |
| 109 | 08-25-99 Meckstroth Invoice (Paid in Full) to Harry and Patricia Curtis re: Land Installment Contract Services (P. Bigelow Dep. Exh. 109) |
| 110 | 08-25-99 Settlement Statement for 1966 Fairfax Avenue (P. Bigelow Dep. Exh. 110) |
| 111 | 08-28-99 Curtis Check to Bigelow for Land Contract Payment ($350) (P. Bigelow Dep. Exh. 111) |
| 112 | 09-28-99 Curtis Check to Bigelow for Land Contract Payment ($350) (P. Bigelow Dep. Exh. 112) |
| 113 | 02-01-00 Hamilton County Municipal Court Order for Forcible Entry and Detainer and Money, Bigelow v. Curtis (P. Bigelow Dep. Exh. 113) |
| 114 | 01-09-02 General Warranty Deed from Bigelow to The Keene Group (P. Bigelow Dep. Exh. 114) |
| 115 | 5-14-01 Contract to Purchase for 4258 Redmont Avenue (P. Bigelow Dep. Exh. 115) |
| 116 | 06-19-02 Contract to Purchase for 957 McMillan Street (P. Bigelow Dep. Exh. 116) |
| 117 | 12-02-02 Corporation Deed from The Keene Group to Bigelow Properties (P. Bigelow Dep. Exh. 117) |
| 118 | Unsigned, Undated Affidavit regarding ownership of The Keene Group and Bigelow Properties (P. Bigelow Dep. Exh. 118) |
| 119 | Bigelow Properties Business Card (P. Bigelow Dep. Exh. 119) |
| 120 | 11-06-00 Land Contract Between Sharon Graves and Bigelow (P. Bigelow Dep. Exh. 120) |
| 121 | Land Installment Contract between Bigelow and Curtises (P. Bigelow Dep. Exh. 121) |
| 122 | Financial Records of Bigelow Properties (CD) |
| 123 | 01-01-99 Land Contract between P. Bigelow and S. Bryant |
| 124 | John Marfisi Driver's License (P. Bigelow Dep. Exh. 124) |
| 125 | Unused |
| 126 | Unused |
| 127 | Unused |
| 128 | Unused |
| 129 | Defendant Prescott Bigelow, IV's Responses to Plaintiffs' First Set |

|     | of Interrogatories and Requests for Documents (P. Bigelow Dep. Exh. 129) |
|-----|--------------------------------------------------------------------------|
| 131 | Burbrink Mortgage for 8670 Darnell Avenue |
| 132 | 02-22-99 Contract to Purchase between Bigelow and Burbrinks |
| 133 | 03-10-99 Pay-Off Statement for 8670 Darnell Avenue |
| 134 | 03-12-99 Settlement Statement for 8670 Darnell Avenue |
| 135 | General Warranty Deed from Burbrinks to Bigelow |
| 136 | 03-12-99 Hamilton County Real Property Conveyance Fee Statement for 8670 Darnell Avenue |
| 137 | 05-12-99 Postal Money Order from Burbrink to Bigelow |
| 138 | 11-11-99 Check from Charles Henry to Mark Burbrink |
| 139 | Bigelow Mortgage for 8670 Darnell Avenue |
| 140 | Real Property Conveyance Fee Statement for 8670 Darnell Avenue |
| 141 | General Warranty Deed from Russell Paige to P. Bigelow |