**APPENDIX G**

**EXHIBITS OF DEFENDANTS**
(Use Letters)

**SHIRDENIA BRYANT**

| **LETTER** | **DESCRIPTION** | **OFFERED** | **ADMITTED** | **PROFFERED** |
|---|---|---|---|---|
| A | Judgment entry against Shirdenia Bryant filed 5/2/89 for $1,326.18 Case Number: 89CV07070 | | | |
| B | Judgment entry against Shirdenia Bryant filed 10/7/91 for $1,870.32 Case Number: 91CV29301 | | | |
| C | Judgment and decree of foreclosure against Shirdenia Bryant filed 6/26/90 Case Number: A-9000593 | | | |
| D | Judgment and certificate of judgment against Shirdenia Bryant filed 11/14/88 for $2,728.91 Case Number: 88CV33395 | | | |
| E | Judgment against Shirdenia Bryant filed 9/10/96 for $6,306.79 Case Number: 96CV02882 | | | |
| F | Foreclosure complaint filed 7/9/97 Case No. A-9704941 | | | |
| G | Copy of newspaper Sheriff's Sale regarding 1107 Laidlaw Avenue dated December 29, 1997. | | | |
| H | Judgment Entry for Plaintiff, Nationsbanc dated 10/21/97 against Johnnie Worthy, et al. (3 pages) | | | |
| I | Complaint for money Foreclosure and other equitable Relief filed 11/9/01; Case No. A0107903 | | | |

| | |
|---|---|
| J | Purchase Contract between Johnny Marfisi and Shirdenia Bryant dated 1/7/98 |
| K | Promissory Note from John Marfisi to Shirdenia Bryant dated 1/27/98 |
| L | Fax cover sheet from Shirdenia Bryant to Johnny Marfisi dated 1/21/97 |
| M | Title report dated 1/27/98 to Prescott Bigelow from John R. Meckstroth regarding 1107 Laidlaw Avenue |
| N | Letter from Herbert J. Kramer to Amy Clements dated 1/16/98 regarding payoff to Nationsbanc regarding 1107 Laidlaw Avenue property along with a copy of the payoff calculation attached. |
| O | Letter to Tri-State Mortgage dated 1/16/98 regarding reinstatement of the loan with Nationsbanc regarding 1107 Laidlaw Avenue. |
| P | Multiple Listing Service prepared by Paulina Murray dated 1-21-98 regarding 1107 Laidlaw Avenue (4 pages) |
| Q | Comparative Market Analysis from Matthew J. Murray to Prescott Bigelow IV regarding 1107 Laidlaw Avenue. |
| R | Detail Property Report regarding 1107 Laidlaw Avenue |
| S | Promissory Note to Shirdenia Bryant from Prescott Bigelow IV dated 1/27/98 |
| T | Promissory Note dated 1/27/98 marked "Paid in Full" |
| U | General Warranty Deed from Shirdenia Bryant to Prescott Bigelow dated 1/27/98 |

13

| | |
|---|---|
| **U** | Settlement Statement 1107 Laidlaw Avenue dated 1/27/98 |
| **V** | Acknowledgment Of Legal Representation signed by Shirdenia Bryant |
| **W** | Real Property Conveyance Fee Statement of Value and Receipt dated 1/1998 |
| **X** | Internal Revenue Service Real Estate Transaction report dated 1/27/98 |
| **Y** | Check from John Meckstroth Jr. to Shirdenia Bryant in the amount of $1,000. |
| **Z** | Check to Prescott Bigelow dated 1/27/98 in the amount of $1,707.62 |
| **AA** | Detail of Weekly Expenditures - re: Laidlaw transaction |
| **BB** | Ohio Estate Tax Return dated 1/27/98 |
| **CC** | Check dated 2/24/98 to John Marfisi from Bigelow Properties in the amount of $22,701.66 |
| **DD** | Letter dated 3/9/98 to Prescott Bigelow from John Meckstroth with original recorded deed re: 1107 Laidlaw Avenue |
| **EE** | Fax Transmission Sheet dated 3/19/98 along with 5 pages of attachment to Cheviot Building & Loan from Prescott Bigelow regarding the payoff to Nationsbanc for the 1107 Laidlaw property. |
| **FF** | Mortgage from Prescott Bigelow IV to Cheviot Building & Loan Principal amount of $56,000.00 |
| **GG** | Mortgage loan settlement statement The Cheviot Building and Loan Company dated March 24, 1998; Borrowers Prescott Bigelow IV, Trustee and Prescott Bigelow IV $56,000.00. |

14

| | |
|---|---|
| **HH** | Copy of check from The Cheviot Building and Loan payable to Prescott Bigelow IV in the amount of $44,079.25 dated March 24, 1998. |
| **II** | Land Contract dated January 1, 1999 between Shirdenia Bryant and Prescott Bigelow re: 1107 Laidlaw Avenue |
| **JJ** | Fax Transmittal Sheet dated 1/4/99 from John Meckstroth to Shirdenia Bryant with Lease Agreement and Release for review with attached note concerning figures |
| **KK** | Release signed by Shirdenia Bryant Dated 1/6/99 |
| **LL** | Lease Agreement dated 1/6/99 between Prescott Bigelow IV and Shirdenia Bryant |
| **MM** | Letter dated May 31, 2000, from Sierra Roofing & Remodeling to Pete Bigelow regarding inspection of the roof located at 1107 Laidlaw Avenue. |
| **NN** | McKinley Mortgage LLC, appraisal report for 1107 Laidlaw |
| **OO** | Kemp Company Uniform residential appraisal report |
| **PP** | Settlement Statement Vintage Title Agency, Inc. dated 6/9/2000 showing cash from Borrower |
| **QQ** | Settlement Statement Vintage Title Agency, Inc. dated 6/9/2000 showing to Borrower |
| **RR** | General Warranty Deed from Prescott Bigelow IV to Shirdenia Bryant dated 6/09/2000 |
| **SS** | 1107 Laidlaw Printout 1/1/99 through 2/26/03 |

        2 pages

**TT**        Income Tax Returns Years 1997, 1998, 1999, 2000, 2001 and 2002 to be provided by Plaintiff

**HARRY CURTIS**

| LETTER | DESCRIPTION | OFFERED | ADMITTED | PROFFERED |
|---|---|---|---|---|
| UU | Complaint in foreclosure, Case No. A-9803095 | | | |
| VV | Complaint in foreclosure, Case No. A-9904402 | | | |
| WW | Contract to Purchase dated 8/21/99 Between Harry Curtis and Patricia Curtis and Prescott Bigelow | | | |
| XX | General Warranty Deed for Harry Curtis and Patricia Curtis to Prescott Bigelow IV, Trustee, dated August 25, 1999 | | | |
| YY | Hand written notes from John Meckstroth 1966 Fairfax Avenue | | | |
| ZZ | Letter from John Meckstroth to Prescott Bigelow dated 8/13/99 regarding title exam done on 1966 Fairfax Avenue | | | |
| AAA | Detail Property Report 1966 Fairfax Avenue | | | |
| BBB | Settlement Statement 1966 Fairfax Avenue dated August 25, 1999 | | | |
| CCC | Land Installment Contract (unsigned) Between Prescott Bigelow and Harry Curtis and Patricia Curtis | | | |
| DDD | Invoice from John Meckstroth Jr. Dated August 25, 1999 for preparation of Land Installment Contract | | | |
| EEE | Face sheet showing amounts along with attached copies of checks to be distributed at closing 1966 Fairfax Avenue | | | |

17

| | |
|---|---|
| **FFF** | Real Property Conveyance Fee Statement of Value and Receipt dated 8/26/99 |
| **GGG** | Affidavit of Harry Curtis dated August 25, 1999 |
| **HHH** | Hamilton County Real Estate Tax Bill and receipt showing payment 8/30/99 |
| **III** | Check dated 8/28/99 from Harry Curtis to Bigelow Properties for $350. |
| **JJJ** | Check dated 9/28/99 from Harry Curtis to Bigelow Properties for $350. |
| **KKK** | Letter dated 9/15/99 from John Meckstroth to Prescott Bigelow along with original recorded deed for 1966 Fairfax Avenue |
| **LLL** | Appraisal Report of Patrick C. Berding & Associates, dated October 15, 1999 re: 1966 Fairfax Avenue |
| **MMM** | Settlement Statement Barron Niehaus Title Company dated 10/29/99; refinance 1966 Fairfax Avenue |
| **NNN** | Notice to Leave Premises dated December 20, 1999 |
| **OOO** | Complaint for forcible entry detainer and money filed December 20, 1999 |
| **PPP** | Summons and Action in Forcible Entry and detainer and money |
| **QQQ** | Settlement Statement dated 1/29/2000 Leona Cure and Charles Cure, borrowers 1966 Fairfax Avenue |
| **RRR** | Promissory Note principal amount of $9,400.00 from Leona Cure and Charles Cure to Prescott Bigelow |

18

| | |
|---|---|
| **SSS** | Order for forcible entry, detainer and money entered 2/1/2000 |
| **TTT** | Writ of Execution entered 2/1/2000 |
| **UUU** | 1966 Fairfax Printout 1/02/98 through 5/22/00 |
| **VVV** | 1966 Fairfax Printout 1/01/99 through 7/19/01 |
| **WWW** | 1966 Fairfax Printout 3/09/99 through 1/31/01 (2 pages) |
| **XXX** | 1966 Fairfax Printout 3/9/99 through 9/04/02 |
| **YYY** | Letter from John Meckstroth dated 2/2/00 regarding payment for Harry Curtis eviction. |
| **ZZZ** | Photograph of 1966 Fairfax |
| **AAAA** | Bigelow Homes Bid dated 2/9/00 to board up house after fire |
| **BBBB** | Recorded statement Harry Curtis to Dan Rottmiller, Cincinnati Fire Div. |
| **CCCC** | Professional Properties Inc. repair estimate dated 3/15/2000 |
| **DDDD** | Letter dated 4/12/00 from Ken Chisenhall regarding property at 1966 Fairfax Avenue |
| **EEEE** | Land Contract between Paul Bigelow and Prescott Bigelow |
| **FFFF** | Itemization of Property from Harry Curtis (four pages) |
| **GGGG** | Judgment Entry entered 5/24/2000 Case No. B-0001276 |
| **HHHH** | Community Control Sanction Violation Filed 6/23/2003 Case No. B-0001276 |

19

| | |
|---|---|
| **IIII** | Sworn statement and proof of loss dated 4/12/2000 |
| **JJJJ** | Letter to Prescott Bigelow from City of Cincinnati dated 4/17/2000 |
| **KKKK** | Fire Claim Report form dated 3/01/2000 |
| **LLLL** | Franklin Savings Memo re: payoff dated 3/27/2000 |
| **MMMM** | Hamilton County Real Estate Tax Bill First Half 1999 |
| **NNNN** | Nationwide letter dated 4/12/2000 to Harry Curtis |
| **OOOO** | Nationwide letter to Harry Curtis Date 7/19/2000 |
| **PPPP** | Nationwide voucher to Prescott Bigelow IV for $26,200.00 |
| **QQQQ** | Nationwide voucher to Prescott Bigelow IV for $30,398.88 |
| **RRRR** | Nationwide voucher for $10,405.00 to City of Cincinnati |
| **SSSS** | Nationwide Property estimate with attachments totaling $65,503.88 |
| **TTTT** | Property estimate Nationwide Insurance Company for loss of rent $2,000.00 |
| **UUUU** | Nationwide Insurance Photographs of fire damage at 1966 Fairfax Avenue |