UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

SHIRDENIA BRYANT, et al.,           :    NO. 1:02-CV-00006
                                    :
            Plaintiffs,             :
                                    :    **ORDER**
    v.                              :
                                    :
                                    :
PRESCOTT BIGELOW, IV,               :
            et al.,                 :
                                    :
            Defendants.             :

   This matter is before the Court on Defendants Prescott Bigelow, IV and Roseanne Christian's Motion to Vacate Trial Date (doc. 58), and Plaintiffs' Memorandum in Opposition (doc. 59). The Court discussed this matter with the parties at the January 8, 2004 Final Pretrial Conference, at which time the Court denied the motion.

   Defendants request that the Court vacate the trial date of February 10, 2004, because Plaintiffs have not yet complied with the Order of the Magistrate Judge granting Defendants' Motion to Compel Discovery (doc. 52). Defendants specifically complain that they have not yet received a copy of Plaintiff Curtis' employment resume nor transcripts of Plaintiff Bryant's income tax returns (Id.). Plaintiffs state that they provided Defendants with a summary of Plaintiff Bryant's tax returns, and that they are in the process of producing Curtis' resume (doc. 59). Plaintiffs argue that there is no valid reason to delay the trial (Id.).

Having reviewed this matter with the parties, the Court finds well-taken Plaintiffs' position that there is no reason to delay the trial of this matter. Plaintiff shall produce a copy of the Curtis resume forthwith, and Defendants are permitted to depose the respective Plaintiffs regarding the content of the resume and the income tax summary.

Accordingly, the Court DENIES Defendants' Motion to Vacate Trial Date (doc. 58).

SO ORDERED.


Date: January 8, 2004    s/S. Arthur Spiegel
                         S. Arthur Spiegel
                         United States Senior District Judge