**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **SHIRDENIA BRYANT et al.** | : | **CASE NO. C-1-02-006** |
| **Plaintiffs,** | : | **(Judge Spiegel)** |
| vs. | : | |
| **PRESCOTT BIGELOW, IV, et al.** | : | **NOTICE OF VIDEO DEPOSITION** |
| | | **OF LARRY RICHARDSON** |
| **Defendants.** | : | |

Please take notice that the Defendants Prescott Bigelow and Roseanne Christian, by and through counsel, will take the video deposition of Larry Richardson, on Wednesday, February 4, 2004 beginning at 9:00 A.M.   This deposition will take place at the offices of Nationwide Insurance, 11915 Kempersprings Drive, Cincinnati, Ohio  45240.  Said deposition testimony will be recorded by stenographic and video means.

Said deposition will be taken by an officer duly authorized to administer oaths, pursuant to Rule 30 of the Federal Rules of Civil Procedure.  Said deposition is for perpetuation of trial testimony and will be used in evidence at the trial of the above captioned cause.  The witness is not available for trial beginning on February 10, 2004.

Respectfully submitted,

/s/ Gary R. Lewis
GARY R. LEWIS #0017697
Gary R. Lewis Co., L.P.A.
Attorney for Defendants
Cincinnati Club Building, Suite 915
30 Garfield Place
Cincinnati, Ohio 45202
(513) 665-9222/(513) 721-7008 (FAX)

**CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the Notice of Video Deposition of Larry

Richardson and served same upon William H. Blessing, Esq., Attorney for Plaintiffs, 119 East

Court Street, Suite 500, Cincinnati, Ohio 45202 by regular U.S. Mail, postage pre-paid this 28th

day of January, 2004.

/s/Gary R. Lewis_____

GARY R. LEWIS

Attorney for Defendants