IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **SHIRDENIA BRYANT et al.** | : | **CASE NO. C-1-02-006** |
| Plaintiffs, | : | (Judge Spiegel) |
| vs. | : | |
| **PRESCOTT BIGELOW, IV, et al.** | : | **AMENDED NOTICE OF VIDEO DEPOSITION OF LARRY RICHARDSON** |
| Defendants. | : | |

Please take notice that the Defendants Prescott Bigelow and Roseanne Christian, by and through counsel, will take the video deposition of Larry Richardson, on Thursday, February 5, 2004 beginning at 2:30 P.M. This deposition will take place at the offices of Timothy Ruttle, Attorney for Nationwide Insurance, 125 East Court Street, Suite 203, Cincinnati, Ohio 45202. Said deposition testimony will be recorded by stenographic and video means.

Said deposition will be taken by an officer duly authorized to administer oaths, pursuant to Rule 30 of the Federal Rules of Civil Procedure. Said deposition is for perpetuation of trial testimony and will be used in evidence at the trial of the above captioned cause. The witness is not available for trial beginning on February 10, 2004.

        Respectfully submitted,

        /s/ Gary R. Lewis
        GARY R. LEWIS #0017697
        Gary R. Lewis Co., L.P.A.
        Attorney for Defendants
        Cincinnati Club Building, Suite 915
        30 Garfield Place
        Cincinnati, Ohio 45202
        (513) 665-9222/(513) 721-7008 (FAX)

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have electronically filed the Notice of Video Deposition of Larry Richardson and served same upon William H. Blessing, Esq., Attorney for Plaintiffs, 119 East Court Street, Suite 500, Cincinnati, Ohio 45202 by way of Facsimile Transmission this 29th day of January, 2004.

                                                /s/Gary R. Lewis_____
                                                GARY R. LEWIS
                                                Attorney for Defendants