# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **SHIRDENIA BRYANT et al.** | : | CASE NO. C-1-02-006 |
| **Plaintiffs** | : | (Judge Spiegel) |
| vs. | : | |
| **PRESCOTT BIGELOW, IV, et al.** | : | **NOTICE OF FILING DEPOSITION OF DONALD LERNER** |
| **Defendants.** | : | |

Notice is hereby given, pursuant to Federal Rule of Civil Procedure 30(f)(3), that the deposition transcript of Donald Lerner taken on January 30, 2004, has been filed with the Court.

Respectfully submitted,

/s/ Gary R. Lewis
GARY R. LEWIS #0017697
Gary R. Lewis Co., L.P.A.
Attorney for Defendants
Cincinnati Club Building, Suite 915
30 Garfield Place
Cincinnati, Ohio 45202
(513) 665-9222/(513) 721-7008 (FAX)

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of February, 2004, I electronically filed a copy of the foregoing Notice of Filing Deposition of Donald Lerner with the United States District Court and served a copy upon William H. Blessing, Esq. Attorneys for Plaintiffs, 119 East Court Street, Suite 500, Cincinnati, Ohio 45202, by regular U.S. Mail, postage prepaid this 6th day of February 2004.

/s/ Gary R. Lewis
Gary R. Lewis
Attorney for Defendants