## Bill Blessing

**From:** Bill Blessing
**Sent:** Thursday, January 29, 2004 5:15 PM
**To:** 'Lerner, Donald'
**Subject:** RE: Bryant v. Bigelow

DEFENDANT'S EXHIBIT A  1-30-04

Don,
I made an error. The deposition is set for 9 AM tomorrow at my office. Can you make it?

>　-----Original Message-----
> **From:** Lerner, Donald [mailto:Donald.Lerner@lsrlaw.com]
> **Sent:** Thursday, January 29, 2004 2:43 PM
> **To:** Bill Blessing
> **Subject:** RE: Bryant v. Bigelow
>
> Bill - I'll see you tomorrow about 1:15 pm at your office. Don
>>　-----Original Message-----
>> **From:** Bill Blessing [mailto:BillBlessing@cinci.rr.com]
>> **Sent:** Thursday, January 29, 2004 1:16 PM
>> **To:** Lerner, Donald
>> **Subject:** RE: Bryant v. Bigelow
>>
>>>　-----Original Message-----
>>> **From:** Lerner, Donald [mailto:Donald.Lerner@lsrlaw.com]
>>> **Sent:** Thursday, January 29, 2004 12:41 PM
>>> **To:** Bill Blessing
>>> **Subject:** RE: Bryant v. Bigelow
>>>
>>> Where do we stand on this? Thanks. dml
>>>>　-----Original Message-----
>>>> **From:** Bill Blessing [mailto:BillBlessing@cinci.rr.com]
>>>> **Sent:** Friday, January 23, 2004 2:16 PM
>>>> **To:** Lerner, Donald
>>>> **Subject:** RE: Bryant v. Bigelow
>>>>
>>>> Mr. Lerner,
>>>>
>>>> Mr. Blessing is in trial next week so this date will be tentative. I will notify you with the time after the defendants contact us.
>>>>
>>>> Thank you,
>>>> Michele
>>>>
>>>>>　-----Original Message-----
>>>>> **From:** Lerner, Donald [mailto:Donald.Lerner@lsrlaw.com]
>>>>> **Sent:** Friday, January 23, 2004 1:48 PM
>>>>> **To:** Bill Blessing
>>>>> **Subject:** RE: Bryant v. Bigelow
>>>>>
>>>>> Michele - 1-30 am is OK. Don Lerner

1/30/2004

-----Original Message-----
**From:** Bill Blessing [mailto:BillBlessing@cinci.rr.com]
**Sent:** Friday, January 23, 2004 1:37 PM
**To:** Donald.Lerner@lsrlaw.com
**Subject:** Bryant v. Bigelow

Mr. Lerner,

The defendants have requested your availability for deposition next week on the morning of January 30, 2004. Would this day be suitable to you? Please advise.

Thank you,

Michele Heckle
Assistant to William H. Blessing

1/30/2004

## Bill Blessing

**From:** Bill Blessing
**Sent:** Thursday, January 29, 2004 1:16 PM
**To:** 'Lerner, Donald'
**Subject:** RE: Bryant v. Bigelow

>-----Original Message-----
>**From:** Lerner, Donald [mailto:Donald.Lerner@lsrlaw.com]
>**Sent:** Thursday, January 29, 2004 12:41 PM
>**To:** Bill Blessing
>**Subject:** RE: Bryant v. Bigelow
>
>Where do we stand on this? Thanks.  dml
>>-----Original Message-----
>>**From:** Bill Blessing [mailto:BillBlessing@cinci.rr.com]
>>**Sent:** Friday, January 23, 2004 2:16 PM
>>**To:** Lerner, Donald
>>**Subject:** RE: Bryant v. Bigelow
>>
>>Mr. Lerner,
>>
>>Mr. Blessing is in trial next week so this date will be tentative.  I will notify you with the time after the defendants contact us.
>>
>>Thank you,
>>Michele
>>
>>>-----Original Message-----
>>>**From:** Lerner, Donald [mailto:Donald.Lerner@lsrlaw.com]
>>>**Sent:** Friday, January 23, 2004 1:48 PM
>>>**To:** Bill Blessing
>>>**Subject:** RE: Bryant v. Bigelow
>>>
>>>Michele - 1-30 am is OK.  Don Lerner
>>>>-----Original Message-----
>>>>**From:** Bill Blessing [mailto:BillBlessing@cinci.rr.com]
>>>>**Sent:** Friday, January 23, 2004 1:37 PM
>>>>**To:** Donald.Lerner@lsrlaw.com
>>>>**Subject:** Bryant v. Bigelow
>>>>
>>>>Mr. Lerner,
>>>>
>>>>The defendants have requested your availability for deposition next week on the morning of January 30, 2004.  Would this day be suitable to you?  Please advise.
>>>>
>>>>Thank you,
>>>>
>>>>Michele Heckle
>>>>Assistant to William H. Blessing

1/30/2004

## Bill Blessing

**From:** Bill Blessing
**Sent:** Friday, January 23, 2004 2:16 PM
**To:** 'Lerner, Donald'
**Subject:** RE: Bryant v. Bigelow

Mr. Lerner,

Mr. Blessing is in trial next week so this date will be tentative. I will notify you with the time after the defendants contact us.

Thank you,
Michele

>   -----Original Message-----
>   **From:** Lerner, Donald [mailto:Donald.Lerner@lsrlaw.com]
>   **Sent:** Friday, January 23, 2004 1:48 PM
>   **To:** Bill Blessing
>   **Subject:** RE: Bryant v. Bigelow
>
>   Michele - 1-30 am is OK.  Don Lerner
>
>>   -----Original Message-----
>>   **From:** Bill Blessing [mailto:BillBlessing@cinci.rr.com]
>>   **Sent:** Friday, January 23, 2004 1:37 PM
>>   **To:** Donald.Lerner@lsrlaw.com
>>   **Subject:** Bryant v. Bigelow
>>
>>   Mr. Lerner,
>>
>>   The defendants have requested your availability for deposition next week on the morning of January 30, 2004. Would this day be suitable to you? Please advise.
>>
>>   Thank you,
>>
>>   Michele Heckle
>>   Assistant to William H. Blessing

1/30/2004

## Bill Blessing

**From:** Bill Blessing
**Sent:** Friday, January 23, 2004 1:37 PM
**To:** 'Donald.Lerner@lsrlaw.com'
**Subject:** Bryant v. Bigelow

Mr. Lerner,

The defendants have requested your availability for deposition next week on the morning of January 30, 2004. Would this day be suitable to you? Please advise.

Thank you,

Michele Heckle
Assistant to William H. Blessing

1/30/2004