THIS IS A LEGALLY BINDING CONTRACT.
IF NOT UNDERSTOOD, SEEK LEGAL ADVICE.

# CONTRACT TO PURCHASE

Cincinnati, Ohio
8/2/ 19 99

1. The undersigned Purchaser hereby offers to purchase, the following described property to-wit, property located at: _1966 Fairfax Avenue_ _Cincinnati, OH 45207_

2. The purchase price is to be $ _0_ payable as follows: _Avg 350 per mos._
$ _____ as earnest money to apply toward purchase price.
_Seller to receive #10,000 as cash at closing. Buyer to repair roof and porch after closing. Buyer to pay all cost, R.C., cost and attorney fees. Buyer to satisfy back taxes._ _SELLER TO LEASE OPTION PROPERTY FOR 2 YEARS TO REPURCHASE FOR $10,000.00 AT END OF 2 YEARS FROM THIS DATE AT CLOSING_

3. The above described real estate shall include all land and appurtenant rights; also all electrical; plumbing, heating and air conditioning equipment, including window units, bathroom fixtures; shades, venetian blinds; awnings; curtain rods; window/door screens, storm windows/doors; landscaping and shrubbery; wall-to-wall/stair carpeting; built-in kitchen appliances; attached radios and/or television aerials; all affixed/built-in furniture fixtures; and utility/storage buildings or sheds; except: _None, Anything used in conjunction with house_

4. The following personal property shall be included in the sale: _None_

5. Title to the above described real estate is to be conveyed by Warranty Deed with release of dower, on or before _Time of Closing_ 19__; said title to be free, clear, and unencumbered, free of building orders, subject to zoning regulations of record, and except assessments, easements and restrictions of record, and EXCEPT

6. Seller certifies to Purchaser that: there is no termite damage to the real estate or active infestation; electrical, plumbing, heating, air conditioning equipment and systems, fireplaces, chimneys and other items included herein will be operational on possession except _Unknown_. Seller agrees that at the time of transfer of title, the above described real estate, and all items thereof, will be in the same condition as on the date of this offer, reasonable wear and tear excepted.

7. The following items shall be prorated between seller and purchaser as of closing: real estate taxes, assessment installments of record, rents, operating expenses and interest on encumbrances. Security and/or damage deposits held by Seller will be transferred to Purchaser at closing without proration.

8. Seller will maintain, until closing, hazard insurance in the amount of the above stated purchase price. If any building or other improvements are damaged or destroyed prior to closing, purchaser shall have the option to receive the proceeds of any insurance payable or to cancel this agreement and be refunded all consideration therefore paid.

9. Possession shall be given on or before _____, subject to tenant's rights. Any lease or tenant agreement will be supplied to Purchaser prior to closing.

10. This agreement is subject to the arranging of financing within _0_ banking days, at any terms acceptable to Purchaser. Seller held mortgages, if any, shall be subordinate and inferior to any new, additional, or refinancing of existing mortgages. Purchaser's liabilities are limited to the securing property itself and shall not extend beyond. Financing will, at Purchaser's option, additionally or entirely be secured by subject or other similar real property.

11. This contract is contingent on an inspection of the above real estate by Purchaser, which is satisfactory without limitations to said Purchaser.

12. This agreement survives closing and pertinent language contained herein becomes part of any deeds, notes, mortgages, and documents pertinent to this transaction and shall take precedence in the event of any conflicting provisions of terms.

13. This offer, when accepted, comprises the entire agreement of Purchaser and Seller, and it is agreed that no other representation or agreements have been made or relied upon.

14. This offer, when accepted, shall constitute a binding contract to be binding upon the parties, their heirs, personal representatives, executors, administrators and assigns.

15. Offer void if not accepted by _6:00 pm 8/3/99_

WITNESS _Roseanne Christian_   Date _8/2/99_

_[signature] Buyer & Trustee_
Purchaser

_____
Purchaser

DEFENDANT'S EXHIBIT C  1-30-04

I/We as Sellers accept the above offer and earnest money submitted to us.

Date _____

_[signature]_
Seller

_[signature]_
Seller