1/14/04
FAX → Wm
Blossom, Esq.
621-7086

1107 Laidlaw
Cash Flow Summary *

|  | Bryant | Bigelow / Monfare |
|---|---|---|
| 1/27/98 | 1,000 | (1707.62) |
|  |  | ~~1,000~~ |
| 2/24/98 |  | 44,079. |
|  |  | 840 ? |
|  |  | [(22,701.66)  22,701.66] |
| 11/6/99 | 2,000 | (2,000) |
| 6/9/00 | 100.65 | 4657.24 |
|  |  | 2500.48 ? |
|  |  | 225. ? |
|  |  | 640. ? |
| Cash * | 3,100.65 | 49,234. |

Starting debt —
    NationsBank  14,000 ±
Ending debt —
    Franklin  64,000
Net increase  50,000

* w/o Rents (±), Mtg payments (±)

F??? 15000

S. Bryant — 1107 Loidlaw Ave

1/7/98 Pur. K.
1/7      P.P. — $20,000 cash + Satisfy lien w/
         Notorious Bank + atty's fees, c.c.,
         Taxes, etc.
         "Seller will Lease Option prop. for
         $200.00 a mo. for (1-yr) Buyer
         will help Seller to purchase property
         at 100% financing
         Close by 1/28/98 — clear title
         /s/ Johnny Malfini   /s/ S. Bryant

1/16/98 Reinstatement ltr. → Tri-State Mtg.

1/27/98 Settlement Statement    [No position listed]
1/27     P.P. — 36,154.98
         Assumption — 14,885;
         Cash 1,000;    Note — Purchase — 19,000.
         Buyer pays only $1,707.62
         /s/ S.B.    /s/ P. Bigelow IV
         P. by Jock Mechstweller
         atty's fees →    "    150.00 + 52.00 — S
              "    "    "    295.00        → B
                              ___
                              495

1/27/98 P. Note — 19,000 — No int — 60 days of date
         /s/ /s/ John Hart /s/          on Payoff Mtg.
         P. Note /s/ P.B. IV : P.I.F. /s/ S.B.

1/6/99 Release
    14,000 Note; Bigelow → Bryant
    transferred $ to John Marfini
    Marked pd in full
    Dispute re (1) Tenancy (2) Note
    agreed: 1) Bigelow pays Bryant 2,000
           2) " releases Bryant 600 rent
           3) New lease
           4) Bryant releases Bigelow re
              a) Previous tenancy
              b) Note

1/24/98 Settlement Statement (HUD-1)
  2/24  56,000 loan; Cheviot B&L → Bigelow
    Pay off Notions Bank  10,208.67
    Cash to Bigelow        44,079.25 } ÷2
    (+ Mathias R.E. 840.)           } 22,
    /S/ P.B, ~~H~~  /S/ P.B, W        22,459.63

2/24/98 Ck #2764; Bigelow → John Marfini
  ?    for 22,701.66 - re Fadlow
  ?

2/1/99 Land K - S. Bryant = Buyer; P.B = Seller
  PP = 61,000 +9.2% @500/M from 1/1/99
  "Per attached schedule" - None attached
  /S/ S. Bryant - Purchaser; /S/ PB - Seller

6/4/99 Lease Agreement
    Bigelow → Bryant
    1 yr — 1/1 — 12/31/99
    7,200.00 — 250.00/2 wks

(undated) Acknowledgment of Legal Rep.
    re "purchase" of 1107 Laidlaw
    Meckwroth rep. only Bigelow
    w/ S. Bryant

    Vintage Title — Ky.
?   6/14/00   "Payoff Paul K"    3,892.57

6/9/00 HUD-1 Vintage Title
    64,000 loan from Franklin/Cay
    to S. Bryant
    Payoff Clermont    54,142.76
    "    Bigelow    4,657.21
    Cash to Bryant    100.65
    Fee to McKinley Mtg   2,500.48 +
                                        225.
                                     + 640.

## Lerner, Donald

**From:** Bill Blessing [BillBlessing@cinci.rr.com]
**Sent:** Friday, January 23, 2004 1:37 PM
**To:** Donald.Lerner@lsrlaw.com
**Subject:** Bryant v. Bigelow

Mr. Lerner,

The defendants have requested your availability for deposition next week on the morning of January 30, 2004. Would this day be suitable to you? Please advise.

Thank you,

Michele Heckle
Assistant to William H. Blessing

*[handwritten: reply — OK]*

1/23/2004

THIS IS A LEGAL BINDING CONTRACT
IF NOT UNDERSTOOD, SEEK LEGAL ADVICE.

## CONTRACT TO PURCHASE

Cincinnati, Ohio
JAN 7 19 98

1. The undersigned Purchaser hereby offers to purchase, the following described property to-wit, property located at: 1107 LAIDLAW AVE CINCINNATI OHIO 45237

2. The purchase price is to be $ SEE below payable as follows:
   $ —0— as earnest money to apply toward purchase price.
   $20,000.00 CASH TO Seller, Buyer will SATISFY LIEN WITH NATIONS BANK mortgage Corp. Plus Buyer will pay Attorney's Fee's, Court Cost, Taxes, ect. Seller will Lease option property For $200.00 A month For one year. Buyer will help Seller To Purchase Property AT 100% FINANCING.

3. The above described real estate shall include all land and appurtenant rights; also all electrical; plumbing, heating and air conditioning equipment, including window units, bathroom fixtures; shades, venetian blinds; awnings; curtain rods; window/door screens, storm windows/doors; landscaping and shrubbery; wall-to-wall/stair carpeting; built-in kitchen appliances; attached radios and/or television aerials; all affixed/built-in furniture fixtures; and utility/storage buildings or sheds; except: NONE

4. The following personal property shall be included in the sale: NONE
   NONE

5. Title to the above described real estate is to be conveyed by Warranty Deed with release of dower, on or before JAN 28 19 98; said title to be free, clear, and unencumbered, free of building orders, subject to zoning regulations of record, and except assessments, easements and restrictions of record, and EXCEPT
   NONE

6. Seller certifies to Purchaser that: there is no termite damage to the real estate or active infestation; electrical, plumbing, heating, air conditioning equipment and systems, fireplaces, chimneys and other items included herein will be operational on possession except NONE. Seller agrees that at the time of transfer of title, the above described real estate, and all items thereof, will be in the same condition as on the date of this offer, reasonable wear and tear excepted.

7. The following items shall be prorated between seller and purchaser as of closing: real estate taxes, assessment installments of record, rents, operating expenses and interest on encumbrances. Security and/or damage deposits held by Seller will be transferred to Purchaser at closing without proration.

8. Seller will maintain, until closing, hazard insurance in the amount of the above stated purchase price. If any building or other improvements are damaged or destroyed prior to closing, purchaser shall have the option to receive the proceeds of any insurance payable or to cancel this agreement and be refunded all consideration therefore paid.

9. Possession shall be given on or before DAY OF CLOSING, subject to tenant's rights. Any lease or tenant agreement will be supplied to Purchaser prior to closing.

10. This agreement is subject to the arranging of financing within —0— banking days, at any terms acceptable to Purchaser. Seller held mortgages, if any, shall be subordinate and inferior to any new, additional, or refinancing of existing mortgages. Purchaser's liabilities are limited to the securing property itself and shall not extend beyond. Financing will, at Purchaser's option, additionally or entirely be secured by subject or other similar real property.

11. This contract is contingent on an inspection of the above real estate by Purchaser, which is satisfactory without limitations to said Purchaser.

12. This agreement survives closing and pertinent language contained herein becomes part of any deeds, notes, mortgages, and documents pertinent to this transaction and shall take precedence in the event of any conflicting provisions of terms.

13. This offer, when accepted, comprises the entire agreement of Purchaser and Seller, and it is agreed that no other representation or agreements have been made or relied upon.

14. This offer, when accepted, shall constitute a binding contract to be binding upon the parties, their heirs, personal representatives, executors, administrators and assigns.

15. Offer void if not accepted by _____

Date JAN 7 1997
_____ Purchaser
_____ Purchaser

I/We as Sellers accept the above offer and earnest money submitted to us.
Date Jan 7, 1998
_____ Seller
_____ Seller

PLAINTIFF'S EXHIBIT 55
Blumberg No. 5113

B-0030

# CARLISLE, McNELLIE & RINI Co., L.P.A.
## ATTORNEYS AT LAW

25200 CHAGRIN BOULEVARD
SUITE 240
CLEVELAND, OHIO 44122-5681

216-360-7200
(TELEFAX #216-360-7210)

January 16, 1998

GERALD K. CARLISLE
RICHARD L. McNELLIE
WILLIAM T. RINI

HERBERT J. KRAMER
PHYLLIS A. ULRICH
JAMES L. SASSANO

IN COLUMBUS, OHIO
RICHARD A. UTZ
155 WEST MAIN STREET
COLUMBUS, OHIO 43215
(614) 464-2704

Attention: Amy Clements
Tri-State Mortgage Assistance
Fax: 513-321-4792

RE: NationsBanc Mortgage Corporation
vs. Charles Worthy, et al.,
Our File No.: 97-0767
Loan No.: 1085878336

Dear Ms. Clements:

Please be advised that the total amount now necessary to reinstate the above captioned mortgage loan, the subject of the above-referenced foreclosure action, is $5,867.56 which sum includes the monthly installment due January 1, 1998. A breakdown of that amount is as follows:

| | |
|---|---|
| Total Payment Amount | $3,084.66 |
| Accrued Late Charge | $52.32 |
| Late Charge Forecasted | $6.54 |
| Bad Check | $21.54 |
| Other Fees | $21.50 |
| Inspections | $75.00 |
| Foreclosure Fees and Costs | $2,606.00 |
| **TOTAL:** | **$5,867.56** |

Please be advised that in order to reinstate the above loan, the sum of $5,867.56 must be received by January 30, 1998, tendered in the form of a certified check, cashiers check or money order. A Personal Check will not be accepted. *Please make check payable to NationsBanc Mortgage Corporation and forward same to our office at the address listed above.*

*Please be advised that this office is collecting a debt and any information obtained will be used for that purpose.*

Very truly yours,

CARLISLE, McNELLIE & RINI
Herbert J. Kramer

HJK/tak

PLAINTIFF'S
EXHIBIT
57

BRYANT -57

## SETTLEMENT STATEMENT
1107 LAIDLAW AVENUE
CINCINNATI, OHIO 45237
January 27, 1998

*Parties?*

**SELLER(S)**

Sales Price                                                                 $ 36,154.98

Deductions
- Principal balance of Mortgage Assumed           ($ 14,884.88)
  (Purchaser)
- Real estate tax proration (1/1/97-              (     871.98)
  1/27/98) - Purchaser(s)
- Attorney Fees (Estate of Johnie Worthy) -       (     150.00)
  - John R. Meckstroth, Jr.
- Filing and Recording Costs (Estate of Johnie    (      25.00)
  Worthy) - Probate Court, Auditor and Recorder
- Estate Tax (Estate of Johnie Worthy) - Hamilton (      83.12)
  County Treasurer
- Principal of Promissory Note - Purchaser(s)     (  19,000.00)
- Transfer tax - Hamilton County Auditor          (      90.00)
- Deed Preparation - John R. Meckstroth, Jr.      (      50.00)
Total Deductions                                  ($ 35,154.98)

Balance Due to Seller(s)                                                    $  1,000.00

**PURCHASER(S)**

Purchase Price                                                              $ 36,154.98

Deductions and Credits
- Principal Balance of Mortgage Assumed -         ($ 14,884.88)
  Seller(s)
- Principal of Promissory Note - Seller(s)        (  19,000.00)
- Real Estate Tax Proration - (1/1/97 -           (     871.98)
  1/27/98) - Seller(s)
Total Deductions                                  ($ 34,756.86)

Charges and Expenses
- Attorney Fees - John R. Meckstroth, Jr.         $    295.00
- Recording Costs (deed) - Hamilton                     14.50
  County Recorder
Total Charges and Expenses                        $    309.50

Balance Due from Purchaser(s)                                               $1,707.62

O

PLAINTIFF'S
EXHIBIT
67
Blumberg No. 6113

B -0048

# SETTLEMENT STATEMENT
Page 2

## SUBSTITUTE FORM 1099 SELLER STATEMENT

The information contained on Page 1 of this Closing Statement is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported.

## SELLER INSTRUCTIONS

If this real estate was your principal residence, file Form 2119, Sale or Exchange of Principal Residence, for any gain, with your income tax return; for other transactions, complete the applicable parts of Form 4797, Form 6252 and/or Schedule D (Form 1040).

The undersigned acknowledge receipt of a copy of this Closing Statement and agree to the correctness thereof.

SELLER(S): *[signature]*
Shirdenia Bryant

PURCHASER(S): *[signature]*
Prescott Bigelow IV

Prepared by:
John R. Meckstroth, Jr.
Attorney at Law
22 West Ninth Street
Cincinnati, Ohio 45202
3646 Glenmore Avenue
Cincinnati, Ohio 45211
(513) 721-8808

B -0049

**JOHN R. MECKSTROTH, JR.**
ATTORNEY AT LAW
TRUST ACCOUNT

14368

13-31/420

January 21, 98

Shirdenia Bryant

1,000.00

One Thousand and 00/100----------------------

**Fifth Third Bank**
COURT & MAIN BANKING CENTER
916 MAIN ST.
CINCINNATI, OH 45202

NOT NEGOTIABLE

RE: Seller's Proceeds - 1107 Laidlaw Ave.

⑆014368⑆ ⑈042000314⑈ 706⑆15334⑆

PLAINTIFF'S EXHIBIT 70

BRYANT -47

**JOHN R. MECKSTROTH, JR.**
ATTORNEY AT LAW
TRUST ACCOUNT

14369
13-31/420

January 27    98

John R. Meckstroth, Jr.                                      495.00

Four Hundred Ninety-Five and 00/100---------------------------------


**Fifth Third Bank**
COURT & MAIN BANKING CENTER
916 MAIN ST.
CINCINNATI, OH 45202

NOT NEGOTIABLE

Fee - Bigelow
⑊014369⑊ ⑆042000314⑆ 706⑊15334⑊

---

**JOHN R. MECKSTROTH, JR.**
ATTORNEY AT LAW
TRUST ACCOUNT

14370
13-31/420

January 27    98

John R. Meckstroth, Jr.                                      129.50

One Hundred Twenty-Nine and 50/100---------------------------------


**Fifth Third Bank**
COURT & MAIN BANKING CENTER
916 MAIN ST.
CINCINNATI, OH 45202

NOT NEGOTIABLE

Exchange - Bigelow
⑊014370⑊ ⑆042000314⑆ 706⑊15334⑊

---

**JOHN R. MECKSTROTH, JR.**
ATTORNEY AT LAW
TRUST ACCOUNT

14371
13-31/420

January 27    98

Hamilton County Treasurer                                     83.12

Eighty-THree and 12/100---------------------------------


**Fifth Third Bank**
COURT & MAIN BANKING CENTER
916 MAIN ST.
CINCINNATI, OH 45202

NOT NEGOTIABLE

Estate of Johnie Worthy - Estate Taxes
⑊014371⑊ ⑆042000314⑆ 706⑊15334⑊

PLAINTIFF'S EXHIBIT 71
Blumberg No. 5113

BRYANT -48

## PROMISSORY NOTE

FOR VALUE RECEIVED, the undersigned promises to pay to Shirdenia Bryant the principal amount of Nineteen Thousand and 00/100 ($19,000.00) Dollars without interest. Said amount shall be due and payable within sixty (60) days of the date of this note or when the borrower has paid the amount due under a note and mortgage to Nationsbanc Mortgage Corporation for the property located at 1107 Laidlaw Avenue, Cincinnati, Ohio 45237, whichever date occurs first.

Signed this 27th day of January 1998.

*John Marfisi*
John Marfisi

PLAINTIFF'S EXHIBIT 74
Blumberg No. 5113

B-0052

## RELEASE

This agreement dated this _6TH_ day of January, 1999 by and between Prescott Bigelow, IV, hereinafter referred to as Bigelow and Shirdenia Bryant, hereinafter referred to as Bryant.

WHEREAS Bigelow previously purchased from Bryant the property commonly known as 1107 Laidlaw Avenue, Cincinnati, Ohio. In connection with that transaction Bigelow signed a promissory note to Bryant for the payment of Nineteen Thousand and 00/100 ($19,000.00) Dollars.

WHEREAS Bigelow's responsibility under said promissory note has been previously transferred to John Marfisi and the original promissory note was marked paid in full.

WHEREAS Bryant has previously rented the before-described property from Bigelow and a dispute remains unresolved in regards to her tenancy and his liability under the promissory note.

Now Therefore, it is agreed by and between the parties as follows:

1. Bigelow shall pay to Bryant the sum of Two Thousand and 00/100 ($2,000.00) Dollars.

2. Bigelow shall release Bryant of the responsibility to pay the amount of Six Hundred and 00/100 ($600.00) Dollars which remains due for the period prior to December 31, 1998 as rent for the before-described property.

3. The parties agree to enter into a lease agreement for the property as set forth in an agreement executed at the same time as this release.

4. Bryant agrees to release Bigelow of any further obligation of whatsoever nature in regards to her previous tenancy and the promissory note dated January 27, 1998.

PLAINTIFF'S EXHIBIT 75    Blumberg No. 5113

B -0044

Signed on the date first named above.

_____
Prescott Bigelow, IV

_____
Shirdenia Bryant

B -0045

```
                                                                           2764
                                              13-1
                                              ---083
        BIGELOW PROPERTIES                    420
        4825 EASTERN AVE.                 008095119
        CINCINNATI, OH  45208                        DATE  2/24/98

PAY TO THE
ORDER OF    John Marfisi                         $ 22,701.66

   Twenty two thousand seven hundred one and 66/---  DOLLARS

STAR BANK, N.A.
                                              [signature]
  MEMO   Law firm

⑈042000131⑈ 2764  008095119⑈
```

*Consulting*

PLAINTIFF'S
EXHIBIT
77

B-0055

# the CHEVIOT
**Building and Loan Company**

Telephone (513) 661-0457
3723 Glenmore Avenue, Cheviot, Ohio 45211

Date: 03-04-98

PRESCOTT BIGELOW, IV.
VICTORIA M BIGELOW
6800 MADDUX LN
CINCINNATI OH 45230-2405

Dear Applicant(s):

We wish to advise you that on 03/03/98 the Board of Directors of this Company authorized a commitment for a first mortgage loan as follows:

Amount: $56000.00

Location of Property:   1107 LAIDLAW AVE
                        CINCINNATI, OH 45237-5015

Interest Rate and Premium: 10.000%

Amortization: 240 Months

Monthly Payment:  $540.42

Expiration of commitment: 04/03/98

Scheduled closing date: 03/24/98 @ 10:00 A.M.
         (**PLEASE CALL TO CONFIRM.**)

Due date of first monthly payment: 04/01/98

All such commitments are subject to a favorable report of title examination by the Company's Attorneys and are also subject to a Land Survey.

Evidence of Fire and Extended Coverage **MUST** be presented **PRIOR TO THE CLOSING** in an amount at least equal to the mortgage loan or 100% of the replacement value of the building, whichever is greater. Cheviot Building and Loan <u>must</u> be named as first mortgagee. Policy MUST be received or faxed to 389-3312 prior to closing. CLOSING WILL BE CANCELLED IF POLICY IS NOT RECEIVED BEFORE CLOSING.

All applicants must be at the closing.

PLAINTIFF'S EXHIBIT 79
Blumberg No. 5113
ITEM 31577L0 (9304)
B-0060

SETTLEMENT STATEMENT

| | | |
|---|---|---|
| H. TYPE OF LOAN | | |
| 1. ☐ FHA | 2. ☐ FMHA | 3. ☒ CONV. UNINS |
| 4. ☐ VA | 5. ☐ CONV. INS. | |
| 6. FILE NUMBER: 110102360 | 7. LOAN NUMBER: M-12193 | |
| 8. MORTGAGE INS CASE NO: | | |

OMB No. 2502-0265

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

D. NAME OF BORROWER: PRESCOTT BIGELOW, IV, TRUSTEE,
   ADDRESS OF BORROWER: 6800 MADDUX LN
   CINCINNATI, OH 45230-2405       PRESCOTT BIGELOW, IV.

E. NAME OF SELLER:
   ADDRESS OF SELLER:

F. NAME OF LENDER: THE CHEVIOT BUILDING AND LOAN COMPANY
   ADDRESS OF LENDER: 3723 GLENMORE AVENUE
   CINCINNATI, OH 45211

G. PROPERTY LOCATION: 1107 LAIDLAW AVE
   CINCINNATI, OH 45237-5015

H. SETTLEMENT AGENT: JOHN C ECKERT
   PLACE OF SETTLEMENT: 3723 GLENMORE AVENUE
   CINCINNATI, OH 45211

I. SETTLEMENT DATE: 03/24/98

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| 100. GROSS AMOUNT DUE FROM BORROWER: | | 400. GROSS AMOUNT DUE TO SELLER: | |
| 101. Contract sales price | | 401. Contract sales price | |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (from line 1400) | 1701.33 | 403. | |
| 104. PAYOFF NATIONSBANC | 10,208.67 | 404. | |
| 105. Delivery Charge | 10.75 | 405. | |
| ADJUSTMENTS FOR ITEMS PAID BY SELLER IN ADVANCE: | | ADJUSTMENTS FOR ITEMS PAID BY SELLER IN ADVANCE: | |
| 106. City/town taxes to | | 406. City/town taxes to | |
| 107. County taxes to | | 407. County taxes to | |
| 108. Assessments to | | 408. Assessments to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. GROSS AMOUNT DUE FROM BORROWER | 11,920.75 | 420. GROSS AMOUNT DUE TO SELLER: | |
| 200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER: | | 500. REDUCTION IN AMOUNT DUE TO SELLER: | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 56000.00 | 502. Settlement charges to seller (line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| ADJUSTMENTS FOR ITEMS UNPAID BY SELLER: | | ADJUSTMENTS FOR ITEMS UNPAID BY SELLER: | |
| 210. City/town taxes to | | 510. City/town taxes to | |
| 211. County taxes to | | 511. County taxes to | |
| 212. Assessments to | | 512. Assessments to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. TOTAL PAID BY/FOR BORROWER: | 56,000.00 | 520. TOTAL REDUCTIONS IN AMOUNT DUE SELLER: | |
| 300. CASH AT SETTLEMENT FROM/TO BORROWER: | | 600. CASH AT SETTLEMENT TO/FROM SELLER: | |
| 301. Gross amount due from borrower (line 120) | 11,920.75 | 601. Gross amount due to seller (line 420) | |
| 302. Less amount paid by/for borrower (line 220) | (56,000.00) | 602. Less total reductions in amount due seller (line 520) | ( ) |
| 303. CASH ☐ FROM ☒ TO BORROWER: | 44,079.25 | 603. CASH ☐ TO ☐ FROM SELLER: | |

SUBSTITUTE 1099-S: This form may be used as the written statement to the transferor. This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported. See Substitute 1099-S Information Sheet.

PLAINTIFF'S EXHIBIT 81
Blumberg No. 5113
B-0069

SB-4-3538-000-1

| | | | BORROWER'S FUNDS AT SETTLEMENT | SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|---|
| DIVISION OF COMMISSION (LINE 700) AS FOLLOWS: | | | | |
| 701. $ | to | | | |
| 702. $ | to | | | |
| 703. Commission paid at settlement | | | | |
| 704. | | | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN:** | | | | |
| 801. Loan Origination fee | % | | | |
| 802. Loan Discount | % | | | |
| 803. Appraisal Fee to: | Mathias Real Estate | | 840.00 | |
| 804. Credit Report to: | CSC CREDIT SERVICES | | 200.00 | |
| 805. Lender's Inspection fee | | | 25.00 | |
| 806. Mortgage insurance application fee to | | | | |
| 807. Assumption fee | | | | |
| 808. AP FEE | | | | |
| 809. FLOOD FEE to FIDELITY NAT'L | | | 19.00 | |
| 810. FLOOD LIFE to FIDELITY NAT'L | | | 6.00 | |
| 811. | | | | |
| 812. | | | | |
| 813. | | | | |
| 814. | | | | |
| 815. | | | | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE:** | | | | |
| 901. Interest from 03/24/98 to 03/31/98 @ $ 15.5550 /day | | | 93.33 | |
| 902. Mortgage insurance premium for mo. to | | | | |
| 903. Hazard insurance premium for yrs. to | | | | |
| 904. Flood Insurance Premium for yrs. to | | | | |
| 905. | | | | |
| **1000. RESERVES DEPOSITED WITH LENDER:** | | | | |
| 1001. Hazard Insurance | months @ $ | per month | | |
| 1002. Mortgage Insurance | months @ $ | per month | | |
| 1003. City property taxes | months @ $ | per month | | |
| 1004. County property taxes | months @ $ | per month | | |
| 1005. Annual assessments | months @ $ | per month | | |
| 1006. Flood Insurance | months @ $ | per month | | |
| 1007. | months @ $ | per month | | |
| 1008. | months @ $ | per month | | |
| **1100. TITLE CHARGES:** | | | | |
| 1101. Settlement or closing fee to | | | | |
| 1102. Abstract or title search to | | | | |
| 1103. Title examination to | | | | |
| 1104. Title insurance binder to | | | | |
| 1105. Document preparation to | | | | |
| 1106. Notary fees to | | | | |
| 1107. Attorney's fees to | ECKERT, ECKERT & ECKERT | | 380.00 | |
| (includes above items Numbers: 1101,1103,1105 | | ) | | |
| 1108. Title insurance to | | | | |
| (includes above items Numbers: | | ) | | |
| 1109. Lender's coverage $ | | | | |
| 1110. Owner's coverage $ | | | | |
| 1111. LEGAL REVIEW FEE | | | | |
| 1112. | | | | |
| 1113. | | | | |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES:** | | | | |
| 1201. Recording fees: Deed $ ; Mortgage $ 18.00 ; Releases $ | | | 18.00 | |
| 1202. City/county tax/stamps: Deed $ ; Mortgage $ | | | | |
| 1203. State tax/stamps: Deed $ ; Mortgage $ | | | | |
| 1204. | | | | |
| 1205. | | | | |
| **1300. ADDITIONAL SETTLEMENT CHARGES:** | | | | |
| 1301. Survey to | HEYL SURVEYORS | | 120.00 | |
| 1302. Pest inspection to | | | | |
| 1303. | | | | |
| 1304. | | | | |
| 1305. | | | | |
| 1306. | | | | |
| 1307. | | | | |
| **1400. TOTAL SETTLEMENT CHARGES** (Enter on line 103, Section J - and - line 502, Section K) ▶ | | | 1701.33 | |

B -0070

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of HUD-1 Settlement Statement.

Borrower X _____   Sellers _____

X _____

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

Settlement Agent _John C. Eckert_   Date _3-24-98_

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine or imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

ITEM 15820 (9511)   GREATLAND ■ To Order Call: 1-800-530-9393 □ Fax 616-791-1131   PAGE 2

## PROMISSORY NOTE

FOR VALUE RECEIVED, the undersigned promises to pay to Shirdenia Bryant the principal amount of Nineteen Thousand and 00/100 ($19,000.00) Dollars without interest. Said amount shall be due and payable within sixty (60) days of the date of this note or when the borrower has paid the amount due under a note and mortgage to Nationsbanc Mortgage Corporation for the property located at 1107 Laidlaw Avenue, Cincinnati, Ohio 45237, whichever date occurs first.

Signed this 27th day of January 1998.

                                                                        _____
                                                                        Prescott Bigelow, IV

*PAID IN FULL*

*[signature: Shirdenia Bryant]*

PLAINTIFF'S EXHIBIT 84
Blumberg No. 5113

B-0051

## PROMISSORY NOTE

FOR VALUE RECEIVED, the undersigned promises to pay to Shirdenia Bryant the principal amount of Nineteen Thousand and 00/100 ($19,000.00) Dollars without interest. Said amount shall be due and payable within sixty (60) days of the date of this note or when the borrower has paid the amount due under a note and mortgage to Nationsbanc Mortgage Corporation for the property located at 1107 Laidlaw Avenue, Cincinnati, Ohio 45237, whichever date occurs first.

Signed this 27th day of January 1998.

_____
Prescott Bigelow, IV

PAID IN FULL
_____

PLAINTIFF'S EXHIBIT 85

BRYANT -31