**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**SHIRDENIA BRYANT et al.** : **CASE NO. C-1-02-006**

    **Plaintiffs,** : **(Judge Spiegel)**

**vs.** :

**PRESCOTT BIGELOW, IV, et al.** : **NOTICE OF APPEARANCE**
                                              **OF ADDITIONAL COUNSEL**
    **Defendants.** : **FOR DEFENDANTS**

        Notice is hereby given that **Timothy E. McKay** of the law firm, **Mack, McKay &**

**Knabe Co., L.P.A.**, is entering his appearance as additional counsel for Defendants Prescott

Bigelow IV and Roseanne Christian, in the above captioned matter.

                                    Respectfully submitted,

                                    /s/ Timothy E. McKay
                                    TIMOTHY E. MCKAY #0040860
                                    Mack, McKay & Knabe, Co., L.P.A.
                                    Attorney for Defendants Prescott Bigelow IV
                                    And Roseanne Christian
                                    700 Walnut Street, Suite 200
                                    Cincinnati, Ohio 45202
                                    (513) 621-1767/(513) 621-2465 (FAX)

**CERTIFICATE OF SERVICE**

        I hereby certify that I have electronically filed the Notice of Appearance of Additional

Counsel for Defendants and served same upon William H. Blessing, Esq., Attorney for Plaintiffs,

119 East Court Street, Suite 500, Cincinnati, Ohio 45202 by regular U.S. Mail, postage pre-paid

this 6th day of February, 2004.

                                    /s/Timothy E. McKay_____
                                    TIMOTHY E. MCKAY
                                    Attorney for Defendants