IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Shirdenia Bryant, et al., :<br>:<br>Plaintiff(s) :<br>:<br>vs. :<br>:<br>Prescott Bigelow, IV. :<br>:<br>Defendant(s) : | Case Number: 1:02cv006<br><br>Senior District Judge S. Arthur Spiegel |

NOTICE OF MANUAL FILING

The following document has been manually filed with this Office:

Deposition(s) of the following:    Videotape deposition of Larry Richardson

2/9/04                                                           JAMES BONINI, CLERK


                                                                 ___s/William Miller_____
                                                                 Deputy Clerk