UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
CASE NO: C-1-02-006

FILED
JAMES BONINI
CLERK

04 FEB -6 PM 1: 13

**SHIRDENIA BRYANT, ET AL.**                              **PLAINTIFFS**

**VS**

**PRESCOTT BIGELOW, IV.**                                  **DEFENDANTS**

## CERTIFICATE OF VIDEOTAPE TECHNICIAN

# LARRY RICHARDSON

I, Connie Adkins-Ihle, Video Specialist and Notary Public in and for the State of Ohio, do

hereby state that I have accurately taken the videotape recording of the deposition

of _____**Larry Richardson**_____ in the above-captioned matter and further state that the videotape

was taken on **February 5, 2004**, commencing at the hour of **2:38 p.m.** and ending at the hour

of **3:16 p.m.** and taken at the offices of:

**Tim Ruttle, Esq.**
**125 East Court Street**
**Cincinnati, Ohio**

that no corrections, additions, and/or deletions were made hereto. Said deposition consists of

**1** tape(s).

I further state that I am a disinterested person; that I am in no way interested in the

outcome of said action and am neither a relative nor an employee of any of the parties.

This is the 6th day February, 2004

*Connie Adkins - Ihle*

Connie Adkins-Ilhe
Notary Public, State at Large
My Commission Expires: 12/28/04