IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **SHIRDENIA BRYANT, et al.** | : | Civil Action No. C-1-02-006 |
| Plaintiffs | : | (Judge Spiegel) |
| vs. | : | |
| **PRESCOTT BIGELOW, IV, et al.** | : | **DEFENDANTS MOTION IN LIMINE RE: PAGE/LINE DESIGNATIONS IN PRIOR VIDEOTAPED TESTIMONY** |
| Defendants | : | |

\*   \*   \*   \*   \*

Come now the Defendants, by and through counsel, and move the Court for an Order in Limine relative to the specific page/line designations of Bigelow's deposition supplied by Plaintiff's counsel. Defendants incorporate by reference their other Motions in Limine, but in the extent any such motions are denied make the following supplemental motions.

Page/line designation Basis of Objection

| | |
|---|---|
| 7/5-9/10 | Relevance: References taking Defendant Bigelow's deposition in prior case. |
| 10/1-10/3 | Relevance: McKinley Mortgage is not a party and not involved in any transaction at issue |
| 11/2-11/10 | Relevance: McKinley Mortgage |

25/6-28/2               Relevance: McKinley Mortgage

29/2-29/6               Relevance: Keene Group is not a party and not involved in any transaction at issue

33/13-33/16             Relevance: Keene Group

34/35-35/7              Relevance: Keene Group

40/19-41/18             Relevance: Bigelow Properties LLC is not a party and not involved in any transaction at issue

Respectfully Submitted,

Gary R. Lewis Co., L.P.A.

 /s/ Gary R. Lewis
GARY R. LEWIS, #0017697
Attorney for Defendant Prescott Bigelow and
Defendant Roseanne Christian
Cincinnati Club Building, Suite 915
30 Garfield Place
Cincinnati, Ohio 45202
(513) 665-9222/(513) 721-7008 (FAX)

**CERTIFICATE OF SERVICE**

I hereby certify that on February 9th, 2004, I electronically filed the foregoing Defendants Motion In Limine Re: Page/Line Designations In Prior Videotaped Testimony using the CM/ECF system and I hereby certify that the foregoing was also served upon William H. Blessing, Esq. Attorney for Plaintiffs, 119 East Court Street, Suite 500, Cincinnati, Ohio 45202 by regular U.S. Mail, postage pre-paid this 9th day of February, 2004.

/s/ Gary R. Lewis
Gary R. Lewis
Attorney for Defendant Prescott Bigelow and
Defendant Roseanne Christian