IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **SHIRDENIA BRYANT, et al.** | : | Civil Action No. C-1-02-006 |
| Plaintiffs | : | (Judge Spiegel) |
| vs. | : | |
| **PRESCOTT BIGELOW, IV, et al.** | : | **DEFENDANTS MOTION IN LIMINE RE: PERSONAL INFORMATION** |
| Defendants | : | |

\* \* \* \* \*

Come now the Defendants, by and through counsel, and move the Court for an Order in Limine relative to any reasonably identifiable personal information that may be elicited on the record at the trial of this matter. This Motion refers to either Defendant's home address, social security numbers, bank account numbers or any other information that could be used by anyone for the purpose of identity theft as set forth under S.D. Ohio Civ. R. 26.2

Defendants reasonably anticipate that the Plaintiff will seek to introduce either testimony or exhibits which may publish to the Jury, the parties or others information such as Defendants' home addresses, social security numbers and bank account numbers. Such information is not relevant to the pending action and certainly is protected by the local rule. Whether Defendants live in Price Hill or Indian Hill is not an element Plaintiff must prove under any of Plaintiff's alleged causes of action, and such evidence should, therefore, be stricken, *in Limine*.

Respectfully Submitted,

Gary R. Lewis Co., L.P.A.


 /s/ Gary R. Lewis
GARY R. LEWIS, #0017697
Attorney for Defendant Prescott Bigelow and
Defendant Roseanne Christian
Cincinnati Club Building, Suite 915
30 Garfield Place
Cincinnati, Ohio 45202
(513) 665-9222/(513) 721-7008 (FAX)

## CERTIFICATE OF SERVICE

I hereby certify that on February 9th, 2004, I electronically filed the foregoing Defendants Motion In Limine Re: Personal Information using the CM/ECF system and I hereby certify that the foregoing was also served upon William H. Blessing, Esq. Attorney for Plaintiffs, 119 East Court Street, Suite 500, Cincinnati, Ohio 45202 by regular U.S. Mail, postage pre-paid this 9th day of February, 2004.


/s/ Gary R. Lewis
Gary R. Lewis
Attorney for Defendant Prescott Bigelow and
Defendant Roseanne Christian