UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

SHIRDENIA BRYANT, et al.,          :          No: 1:02-CV-00006

          Plaintiffs,          :

     vs.          :          O R D E R

PRESCOTT BIGELOW, IV et al., :

          Defendants.          :


The Court having been advised by the parties that the above action has been

settled;

It is ORDERED that this action is hereby dismissed with prejudice, provided that

any of the parties may, upon good cause shown, within sixty days, reopen the action if

settlement is not consummated.

The Court retains jurisdiction over the settlement contract for purposes of its

enforcement.

SO ORDERED.


Dated:  February 10, 2004          /s/ S. Arthur Spiegel
          S. Arthur Spiegel
          United States Senior District Judge